# EXHIBIT E


Directors of Cosec Services Ltd
Company Secretary of Belphar Ltd and Alif Capital Holdings
Andrew Pike
Deborah Mills
Dominic Holden
Cosec Services Ltd
KS Holding Group
Created for the purposes of making 'the recommended cash offer for Pan Chemicals Ltd
Belphar Ltd
Alif Capital Holdings
buys KSHG in 2014 from Shakhidi
formerly owned - sold to ERG
Owner
Owner
Senior Partner
Managing Partner
Partner
Husband of DM and director of Cosec Services Ltd
Raymond Mills
Burlingtons Legal LLP
Kazakh office opened in 2012
Burlingtons Kazakhstan
Unknown joint venture partner
ERG
Abdumalik Mirakhmedov
University friends - Shakidi contracted Mirakhmedov into BSI during his ENRC tenure
Khofiz Shakhidi
Former employee
BSI
Legal Representative for Azima
Dimitry Ergerov
Parent company of ENRC
Former Director of ENRC
(continues right hand side of chart)
Azima previously brought in to negotiate settlement between KM & RAKIA
Present every day at RAKIA v Farhad Azima trial
Client of Maltin PR
Client of Maltin PR
ENRC
Legal Representatives
Hogan Lovells
Legal Representatives
V12
Contract dispute between V12 & RAK Hotel Holdings Ltd.
RAK Investment Authority
Former CEO of RAKIA - convicted in abstentia of embezzlement
Farhad Azima
Client of Maltin PR
Maltin PR
Investigated by SFO
Karem Al-Sadeq is the former legal counsel of RAKIA - imprisoned for embezzlement of public funds
Created Security Assessment and Project Clay documents
'Consultant' to M&C - thought to be client on behalf of KM
Karam Al-Sadeq
Contracted by Maltin PR to work on KAS case.
Client of Maltin PR
Global Legal Chronicle
'News' website created & owned by Maltin PR
SFO
ENRC claims Gerrard passed SFO confidential info - claim in High Court *
Lead in global investigation RE Massaad embezzlement
Dechert LLP
Legal representatives in Rakia v Farhad Azima
Stewarts Law LLP
Potomac Square Group
Miller & Chevalier
Maltin paid RS for raising profile of KAS
Stokoe Partnership
Bambos Tsiattalou
Journalist contracted by Maltin PR- writes pieces RE Maltin PR clients & their adversaries
Investigated by SFO
CEO
Lawyer
Radha Stirling
DETAINED IN DUBAI
Work associate
Founding Partner of Stokoe Partnership and lead on KAS case
Husband
Chris Cooper
Brought in by FA to to "make it politically unsustainable" for the investigation into Massaad & Azima to continue
Kirby Behre
Shaheed Bolson
An islamic issues blogger writing on very controversial illiberal topics. Previously convicted of murder. (See Dramatis Personae for more details)
Barry Ley
LoE evidence reveal the real MO of Detained In Dubai - not an NGO fighting for justice but a for-profit practice in disguise. (NB: RS is not a qualified solicitor.)
Dominic Carmen
Wrote a supportive piece for convicted trader Tom Hayes
Tom Hayes
Neil Gerrard
* ENRC alleges a lawyer it hired to conduct an internal investigation after a whistleblower made claims of fraud and corruption, passed confidential information to senior officials at the SFO
David Hughes
Security Assessment: CC & KB provide FA with recommendations on how to sow 'discontent' and initiate protests in the UAE emirate.
CC & KB sought use of UK journalist to torment Neil Gerrard
Al-Sadeq brings claim against Neil Gerrard & David Hughes claiming the latter 'tortured' him in a UAE prison.