UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:21-MC-6

| | |
|---|---|
| In re Application of KARAM SALAH AL DIN AWNI AL SADEQ and STOKOE PARTNERSHIP SOLICITORS for an Order Under § 1782 to Conduct Discovery for Use in Foreign Proceedings. ) ) ) ) ) ) ) ) | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Brandon S. Neuman, counsel for Respondents Nicholas del Rosso and Vital Management Services, Inc. ("Respondents") in the above captioned matter, hereby gives notice of his appearance on behalf of the Respondents, and requests that all notices and pleadings in this case be served on:

>Brandon S. Neuman
>Nelson Mullins Riley & Scarborough LLP
>4140 Parklake Avenue
>Second Floor
>Raleigh, North Carolina, 27612
>Telephone: (919) 329-3800
>Facsimile: (919) 329-3799
>brandon.neuman@nelsonmullins.com

This the 4th day of November, 2021.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By*:      /s/ Brandon S. Neuman*
Kieran J. Shanahan, NCSB# 13329
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
Nathaniel J. Pencook,NCSB#52339
Glenlake One
4140 Parklake Avenue, Suite 200
Raleigh, North Carolina, 27612
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
kieran.shanahan@nelsonmullins.com
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
nate.pencook@nelsonmullins.com
**Counsel for Respondents Nicholas Del Rosso and Vital Management Services, Inc**

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2021, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

Mark W. Merritt, NCSB# 12198
ROBINSON BRADSHAW & HINSON, P.A.
101 N. Tryon St., Suite 1900
Charlotte, NC  28246
Telephone: 704.377.8337
Facsimile:  704.373.3937
mmerritt@robinsonbradshaw.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Brandon S. Neuman*
Kieran J. Shanahan, NCSB# 13329
Brandon S. Neuman, NCSB# 33590
Jeffrey M. Kelly, NCSB# 47269
Nathaniel J. Pencook,NCSB#52339
Glenlake One
4140 Parklake Avenue, Suite 200
Raleigh, North Carolina, 27612
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
kieran.shanahan@nelsonmullins.com
brandon.neuman@nelsonmullins.com
jeff.kelly@nelsonmullins.com
nate.pencook@nelsonmullins.com
**Counsel for Respondents Nicholas Del Rosso and Vital Management Services, Inc.**