UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:21-MC-6-UA-LPA

| | |
|---|---|
| In re Application of KARAM SALAH AL DIN AWNI AL SADEQ and STOKOE PARTNERSHIP SOLICITORS for an Order Under § 1782 to Conduct Discovery for Use in Foreign Proceedings. | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jeffrey M. Kelly, counsel for Respondents Nicholas del Rosso and Vital Management Services, Inc. ("Respondents") in the above captioned matter, hereby gives notice of his appearance on behalf of the Respondents, and requests that all notices and pleadings in this case be served on:

>Jeffrey M. Kelly
>Nelson Mullins Riley & Scarborough, LLP
>4140 Parklake Avenue
>Second Floor
>Raleigh, North Carolina, 27612
>Telephone: (919) 329-3800
>Facsimile: (919) 329-3799
>jeff.kelly@nelsonmullins.com

This the 4th day of November, 2021.

                **NELSON MULLINS RILEY &**
                    **SCARBOROUGH, LLP**

By:   */s/ Jeffrey M. Kelly*
       Kieran J. Shanahan, NCSB# 13329
       Brandon S. Neuman, NCSB# 33590
       Jeffrey M. Kelly, NCSB# 47269
       Nathaniel J. Pencook, NCSB#52339
       Glenlake One
       4140 Parklake Avenue, Suite 200
       Raleigh, North Carolina, 27612
       Telephone: (919) 329-3800
       Facsimile: (919) 329-3799
       kieran.shanahan@nelsonmullins.com
       brandon.neuman@nelsonmullins.com
       jeff.kelly@nelsonmullins.com
       nate.pencook@nelsonmullins.com
       *Counsel for Respondents Nicholas del Rosso and Vital Management Services, Inc.*

# CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of November, 2021, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of filing to the following:

      Mark W. Merritt
      Robinson, Bradshaw & Hinson, P.A.
      101 N. Tryon St., Suite 1900
      Charlotte, NC  28246
      mmerritt@robinsonbradshaw.com

      **NELSON MULLINS RILEY & SCARBOROUGH, LLP**

      By*:*   */s/ Jeffrey M. Kelly*
      Kieran J. Shanahan, NCSB# 13329
      Brandon S. Neuman, NCSB# 33590
      Jeffrey M. Kelly, NCSB# 47269
      Nathaniel J. Pencook, NCSB#52339
      Glenlake One
      4140 Parklake Avenue, Suite 200
      Raleigh, North Carolina, 27612
      Telephone: (919) 329-3800
      Facsimile: (919) 329-3799
      kieran.shanahan@nelsonmullins.com
      brandon.neuman@nelsonmullins.com
      jeff.kelly@nelsonmullins.com
      nate.pencook@nelsonmullins.com
      *Counsel for Respondents Nicholas del Rosso and Vital Management Services, Inc.*