UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:21-MC-6

| | |
|---|---|
| In re Application of KARAM SALAH AL DIN AWNI AL SADEQ and STOKOE PARTNERSHIP SOLICITORS for an Order Under § 1782 to Conduct Discovery for Use in Foreign Proceedings. | **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION TO QUASH SUBPOENAS AND BRIEFING SCHEDULE** |

Upon Consideration of Applicants Karam Salah Al Din Awni Al Sadeq and Stokoe Partnership Solicitors' (collectively, "Applicants") and Respondents Nicholas Del Rosso and Vital Management Services, Inc.'s ("VMS"; collectively, "Respondents") Joint Motion for Extension of Time to File Motion to Quash Subpoenas and Briefing Schedule; the Court, being of the opinion that there is good cause to grant the Motion, hereby ORDERS: The Motion is ALLOWED.

The deadline for Respondents to file a Motion to Quash and enter a briefing schedule is extended by twenty (20) days, up to and including November 30, 2021. The deadline for Applicants' Response in Opposition to the Motion to Quash is December 14, 2021; and Respondents' Reply in Support of their Motion to Quash, if any, is due on or before December 23, 2021.

SO ORDERED this the 10th day of November, 2021.

                                                /s/ L. Patrick Auld
                                               **L. Patrick Auld**
                                      **United States Magistrate Judge**