IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:21-mc-00006-UA-LPA

-----------------------------------------------------------X

*In re* Application of KARAM SALAH AL
DIN AWNI AL SADEQ and STOKOE
PARTNERSHIP SOLICITORS for an
Order under 28 U.S.C. § 1782 to Conduct
Discovery for Use in Foreign Proceedings

-----------------------------------------------------------X

# APPENDIX TO DECLARATION OF PAUL ROBINSON

| EXHIBIT A | July 6, 2020 Affidavit of Paul Robinson in Claim No. QB-2020-002218 |
|---|---|
| EXHIBIT B | May 14, 2021 First Witness Statement of Paul Robinson in Claim No. QB-2020-002492 |
| EXHIBIT C | January 28, 2018 Consulting Agreement between Company Diligence and Vital Management Services, Inc. |
| EXHIBIT D | Company Diligence and Company Documents Ltd. invoices from January 2016 to April 2020 to Mr. Del Rosso and Vital Management Services, Inc. |
| EXHIBIT E | Company Diligence bank statements from November 2018 to June 2020 |
| EXHIBIT F | July 2020 email exchange between Brandon Neuman and Paul Robinson |
| EXHIBIT G | July 2, 2020 Promissory Note between Company Documents Ltd. as Borrower and Vital Management Services, Inc. as Lender |
| EXHIBIT H | Signal messages between Paul Robinson and Patrick Grayson from June 2019 to January 2020 |