# EXHIBIT D

# Company Diligence

Global Corporate Due Diligence

5 Chancery Lane, London WC2A 1LG, United Kingdom.

+44 (0)7973 884316                    duediligence@hushmail.com

*For Corporate Research, Site Visits, Court Research, Investigative Services...*

20th April 2020.

Nick Del Rosso

Invoice# 200420

## INVOICE

Corporate Investigative Assistance reference -

Research Retainer Period April 2020

----

OP: Research in UK, Jersey, Maldives Company Research – Project Singapore

Total Due GBP £5,750.00

**Terms - Please forward payment <u>within 7 days</u> by electronic transfer to;**

Acc Name: Company Diligence

Sort Code: 60-10-26

Acc: 10937390

IBAN: GB40NWBK60102610937390

BIC / SWIFT: NWBKGB2L

# Company Diligence

Global Corporate Due Diligence

5 Chancery Lane, London WC2A 1LG, United Kingdom.

+44 (0)7973 884316                    duediligence@hushmail.com

*For Corporate Research, Site Visits, Court Research, Investigative Services...*

6th October 2019.

Nick Del Rosso

Invoice# 191006

## INVOICE

Corporate Investigative Assistance reference -

Research Retainer

SEPT 2019                                          =  GBP£ 415.00

------

OP:  Everest – Land Docs / Cyprus Property        = GBP£3,950.00

-----

OP:  A K – WFB – Background Due Diligence          = GBP£ 3,000.00

-----

OP:  Patterson Background and Share ownership  –   = GBP£ 5,100.00

Total Due GBP£12,465.00

**Terms - Please forward payment <u>within 7 days</u> by electronic transfer to;**

Acc Name: Company Diligence

Sort Code: 60-10-26

Acc: 10937390

IBAN: GB40NWBK60102610937390

BIC / SWIFT:  NWBKGB2L

# Company Diligence

## Global Corporate Due Diligence

5 Chancery Lane, London WC2A 1LG, United Kingdom.

+44 (0)7973 884316        duediligence@hushmail.com

*For Corporate Research, Site Visits, Court Research, Investigative Services…*

2nd September 2019.

Nick Del Rosso

Invoice# 190902

# INVOICE

Corporate Investigative Assistance reference -

Research Retainer - Period July to August 2019

| | |
|---|---|
| JULY / AUGUST / SEPT 2019 | = GBP£1800.00 |
| ------ | |
| OP: Company Search x 3 – | = GBP£530.00 |
| ----- | |
| OP: Everest – as instructed Stage 1 Research | = GBP£3,850.00 |
| ----- | |
| OP: Nigeria - as instructed Stage 1 Research | = GBP£ 4,250.00 |
| ----- | |
| OP: UAE property identification x 4 | = GBP£ 10,000.00 |

### Total Due GBP£20,430.00 ✓

**Terms - Please forward payment <u>within 7 days</u> by electronic transfer to;**

Acc Name: Company Diligence

Sort Code: 60-10-26

Acc: 10937390

IBAN: GB40NWBK60102610937390

BIC / SWIFT: NWBKGB2L

# Company Diligence
## Global Corporate Due Diligence
5 Chancery Lane, London WC2A 1LG, United Kingdom.

+44 (0)7973 884316                    duediligence@hushmail.com

*For Corporate Research, Site Visits, Court Research, Investigative Services...*

10th July 2019

Nick Del Rosso

Invoice# 190710

## INVOICE

Corporate Investigative Assistance Reference -

Research Retainer

Period April to June 2019

April/May/June 2019 (£600 x 2, £750 x1) = GBP £1950.00

-----

OP: Dotty – Adress Trace -as instructed by PG £250.00

## Total Due GBP£2,200.00

**Terms - Please forward payment _within 7 days_ by electronic transfer to;**

Acc Name: Company Diligence

Sort Code: 60-10-26

Acc: 10937390

IBAN: GB40NWBK60102610937390

BIC / SWIFT:  NWBKGB2L

# Company Diligence

## Global Corporate Due Diligence

5 Chancery Lane, London WC2A 1LG, United Kingdom.

+44 (0)7973 884316        duediligence@hushmail.com

*For Corporate Research, Site Visits, Court Research, Investigative Services...*

4th April 2019.

Nick Del Rosso

Invoice# 190404

# INVOICE

Corporate Investigative Assistance reference -

Research Retainer

FEB / MARCH 2019                  = GBP£1000.00

------

OP: 2 x comprehensive background Employment for security director as instructed

                       = GBP£6500.00

-----

OP: Yacht Tracking           = GBP£410.00

-----

OP: USA Background Report x 2        = GBP£1850.00

## Total Due GBP£9,760.00

**Terms - Please forward payment <u>within 7 days</u> by electronic transfer to;**

Acc Name: Company Diligence

Sort Code: 60-10-26

Acc: 10937390

IBAN: GB40NWBK60102610937390

BIC / SWIFT: NWBKGB2L

# Company Diligence

## Global Corporate Due Diligence

5 Chancery Lane, London WC2A 1LG, United Kingdom.

+44 (0)7973 884316                    duediligence@hushmail.com

*For Corporate Research, Site Visits, Court Research, Investigative Services...*

30th January 2019.

Nick Del Rosso

Invoice# 190130

## INVOICE

**Corporate Investigative Assistance reference -**

**Research Retainer**

| | |
|---|---|
| NOV & DEC 2018 / JAN 2019 | GBP£1500.00 |
| ------ | |
| OP: Gambia Company research and Background | GBP£6655.00 |
| ----- | |
| OP: Australia – Person Trace | GBP£400 |
| ----- | |
| OP: Swiss Investigation – | GBP£700 |
| ----- | |
| OP: Belize – Full copy documents | GBP£250 |
| ----- | |
| OP: Uk Court research | GBP£200 |

## Total Due GBP£9,705.00

**Terms - Please forward payment _within 7 days_ by electronic transfer to;**

Acc Name: Company Diligence

Sort Code: 60-10-26

Acc: 10937390

IBAN: GB40NWBK60102610937390

BIC / SWIFT: NWBKGB2L

# Company Diligence

Global Corporate Due Diligence

5 Chancery Lane, London WC2A 1LG, United Kingdom.

+44 (0)7973 884316                    duediligence@hushmail.com

*For Corporate Research, Site Visits, Court Research, Investigative Services...*

29th October 2018.

Nick Del Rosso

Invoice# 181029

## INVOICE

Corporate Investigative Assistance Reference –

Research Retainer – GBP 600 x 3 months                    = GBP£1800.00

Phosphate Project – US, UK, NZ and Denmark – company background research and principles
= GBP£4185.00

## Total Due GBP £5,985.00

**Terms - Please forward payment <u>within 7 days</u> by electronic transfer to;**

Acc Name: Company Diligence

Sort Code: 60-10-26

Acc: 10937390

IBAN: GB40NWBK60102610937390

BIC / SWIFT:  NWBKGB2L



# COMPANY DOCUMENTS LTD

5 Chancery Lane, London, WC2A 1LG, United Kingdom.

Tel: +44 (0)20 7383 4477  Fax: +44 (0)20 7383 4488

www.companydocuments.com

admin@companydocuments.com

## — INVOICE —

Invoice To:

Vital Management Services Inc
*FAO: Nick del Rosso*
1340 Environ Way
Chapel Hill,

USA.

| Date | Invoice | Your Reference |
|---|---|---|
| 18 Oct 2018 | CD18-330 | N/s |
| **Amount Due** | Terms | Our Reference |
| **$10,000.00** | Due on receipt | CD180830-10 |

| Description | Amount |
|---|---|
| Due Diligence - Enquiries relating to "Johnson" in Ghana & France | 10,000.00 |

| | |
|---|---|
| Sub Total: | 10,000.00 |
| Non EU (0%): | 0.00 |
| Balance Due USD: | **$10,000.00** |

Please pay the above sum net of all bank charges to the account of:
Company Documents Ltd
*Account number:* 006058272
*ABA ROUTING:* 021001088
*SWIFT:* MRMDUS33
*Bank:* HSBC Bank USA, 250 Park Avenue, New York, NY 10177

WE RESERVE THE RIGHT TO IMPOSE A 10% SURCHARGE ON INVOICES OUTSTANDING AFTER EVERY 30 DAYS.
PLEASE REFER TO COMPANY DOCUMENTS LTD WEBSITE FOR OUR TERMS OF BUSINESS.

Company Documents Ltd - Reg no. 4578591



# COMPANY DOCUMENTS LTD

5 Chancery Lane, London, WC2A 1LG, United Kingdom.

Tel: +44 (0)20 7383 4477  Fax: +44 (0)20 7383 4488

www.companydocuments.com

admin@companydocuments.com

## INVOICE

**Invoice To:**

Vital Management Services Inc
FAO:Nick del Rosso
1340 Environ Way
Chapel Hill
USA
NC 27517.

VAT #:

| Date | Invoice | Your Reference |
|------|---------|----------------|
| 18 Oct 2018 | CD18-314 | N/s |
| **Amount Due** | **Terms** | **Our Reference** |
| £3,300.00 | Due on receipt | CD181003-17 |

| Description | Amount |
|-------------|--------|
| UK Official Copy Documents - 22 companies @ GBP£150.00 | 3,300.00 |

| | |
|---|---|
| Sub Total: | 3,300.00 |
| Non EU (0%): | 0.00 |
| Balance Due GBP: | £3,300.00 |

Please pay the above sum net of all bank charges to the account of:
Company Documents Ltd
*Account number:* 61413988
*IBAN:* GB43HBUK40020761413988
*Sort Code:* 40-02-07
*BIC:* HBUKGB4B
*Bank:* HSBC Bank Plc, 123 Chancery Lane, London, WC2A 1QH

WE RESERVE THE RIGHT TO IMPOSE A 10% SURCHARGE ON INVOICES OUTSTANDING AFTER EVERY 30 DAYS.
PLEASE REFER TO COMPANY DOCUMENTS LTD WEBSITE FOR OUR TERMS OF BUSINESS.

Company Documents Ltd . Reg No. 1576691 VAT GB343672439


CompanyDocuments

# COMPANY DOCUMENTS LTD
5 Chancery Lane, London, WC2A 1LG, United Kingdom.

Tel: +44 (0)20 7383 4477 Fax: +44 (0)20 7383 4488

www.companydocuments.com

admin@companydocuments.com

## INVOICE

| Invoice To: | | | |
|---|---|---|---|
| Vital Management Services Inc<br>FAO:<br>1340 Environ Way<br>Chapel Hill<br>USA<br>NC 27517 | | | |
| VAT #: | | | |

| Date | Invoice | Your Reference |
|---|---|---|
| 23 Aug 2018 | CD18-237 | N/s |
| **Amount Due** | **Terms** | **Our Reference** |
| £850.00 | Due on receipt | CD180628-12 |

| Description | Amount |
|---|---|
| Due Diligence - research LIA: | 850.00 |

| | |
|---|---|
| Sub Total: | 850.00 |
| Non EU (0%): | 0.00 |
| Balance Due: | £850.00 |

Please pay the above sum net of all bank charges to the account of:
Company Documents Ltd
*Account number:* 61413988
*IBAN:* GB43HBUK40020761413988
*Sort Code:* 40-02-07
*SWIFT:* HBUKGB4B
*Bank:* HSBC Bank Plc, 123 Chancery Lane, London, WC2A 1QH

WE RESERVE THE RIGHT TO IMPOSE A 10 % SURCHARGE ON INVOICES OUTSTANDING AFTER EVERY 30 DAYS.
PLEASE REFER TO COMPANY DOCUMENTS LTD WEBSITE FOR OUR TERMS OF BUSINESS.

# Company Diligence

Global Corporate Due Diligence

5 Chancery Lane, London WC2A 1LG, United Kingdom.

+44 (0)7973 884316          duediligence@hushmail.com

*For Corporate Research, Site Visits, Court Research, Investigative Services...*

21st August 2018.

Nick Del Rosso

Invoice# 180821

## INVOICE

Corporate Investigative Assistance reference -

OP – Research Libya Companies and connected due diligence

## Total Due GBP£9,000.00

**Terms - Please forward payment <u>within 7 days</u> by electronic transfer to;**

Acc Name: Company Diligence

Sort Code: 60-10-26

Acc: 10937390

IBAN: GB40NWBK60102610937390

BIC / SWIFT:  NWBKGB2L



# COMPANY DOCUMENTS LTD
5 Chancery Lane, London, WC2A 1LG, United Kingdom.

Tel: +44 (0)20 7383 4477 Fax: +44 (0)20 7383 4488

www.companydocuments.com

admin@companydocuments.com

## INVOICE

| Invoice To: |
|---|
| Vital Management Services Inc<br>FAO:<br>1340 Environ Way<br>Chapel Hill<br>USA<br>NC 27517 |
| VAT #: |

| Date | Invoice | Your Reference |
|---|---|---|
| 06 Aug 2018 | CD18-213 | N/s |
| **Amount Due** | **Terms** | **Our Reference** |
| **£795.00** | Due on receipt | CD180724-11 |

| Description | Amount |
|---|---|
| Due Diligence - Ship ownership 'Rose' | 795.00 |
| | |

| | |
|---|---|
| Sub Total: | 795.00 |
| Non EU (0%): | 0.00 |
| Balance Due: | £795.00 |

Please pay the above sum net of all bank charges to the account of:
Company Documents Ltd
*Account number:* 61413988
*IBAN:* GB43HBUK40020761413988
*Sort Code:* 40-02-07
*SWIFT:* HBUKGB4B
*Bank:* HSBC Bank Plc, 123 Chancery Lane, London, WC2A 1QH

WE RESERVE THE RIGHT TO IMPOSE A 10 % SURCHARGE ON INVOICES OUTSTANDING AFTER EVERY 30 DAYS.
PLEASE REFER TO COMPANY DOCUMENTS LTD WEBSITE FOR OUR TERMS OF BUSINESS.

# Company Diligence

## Global Corporate Due Diligence

5 Chancery Lane, London WC2A 1LG, United Kingdom.

+44 (0)7973 884316      duediligence@hushmail.com

*For Corporate Research, Site Visits, Court Research, Investigative Services...*

19th July 2018.

Nick Del Rosso

Invoice# 180719

## INVOICE

Corporate Investigative Assistance reference –

Research Retainer

April / May/ June / July 2018

---

Locate Operating Address for UTM – further research in Bulgaria and India

## Total Due GBP£7890.00

**Terms - Please forward payment <u>within 7 days</u> by electronic transfer to;**

Acc Name: Company Diligence

Sort Code: 60-10-26

Acc: 10937390

IBAN: GB40NWBK60102610937390

BIC / SWIFT: NWBKGB2L

# Company Diligence

Global Corporate Due Diligence

5 Chancery Lane, London WC2A 1LG, United Kingdom.

+44 (0)7973 884316                    duediligence@hushmail.com

*For Corporate Research, Site Visits, Court Research, Investigative Services...*

9th April 2018.

Nick Del Rosso

Invoice# 180409

## INVOICE

Corporate Investigative Assistance reference -

Research Retainer

Feb and March 2018 = GBP1000.00

---

Full Background Report – BREISH

## Total Due GBP£3,450.00

**Terms - Please forward payment <u>within 7 days</u> by electronic transfer to;**

Acc Name: Company Diligence

Sort Code: 60-10-26

Acc: 10937390

IBAN: GB40NWBK60102610937390

BIC / SWIFT:  NWBKGB2L



CompanyDocuments
Corporate Research Worldwide

# COMPANY DOCUMENTS LTD

29 Harley Street, London, W1G 9QR, United Kingdom.

Tel: +44 (0)20 7383 4477 Fax: +44 (0)20 7383 4488

www.companydocuments.com

admin@companydocuments.com

## INVOICE

| Invoice To: |
|---|
| Vital Management Services Inc |
| FAO: |
| 1340 Environ Way |
| Chapel Hill |
| USA |
| NC 27517 |
| VAT #: |

| Date | Invoice | Your Reference |
|---|---|---|
| 04 Sep 2017 | CD17-316 | N/s |
| Amount Due | Terms | Our Reference |
| £225.00 | Due on receipt | CD170808-12 |

| Description | Amount |
|---|---|
| Due Diligence - PEP searches and social media - REF Dikko | 225.00 |

| | |
|---|---|
| Sub Total: | 225.00 |
| Non EU (0%): | 0.00 |
| Balance Due: | £225.00 |

Please pay the above sum net of all bank charges to the account of:
Company Documents Ltd
*Account number:* 61413988
*IBAN:* GB06MIDL40020761413988
*Sort Code:* 40-02-07
*SWIFT:* MIDLGB22
*Bank:* HSBC Bank Plc, 123 Chancery Lane, London, WC2A 1QH

WE RESERVE THE RIGHT TO IMPOSE A 10 % SURCHARGE ON INVOICES OUTSTANDING AFTER EVERY 30 DAYS.
PLEASE REFER TO COMPANY DOCUMENTS LTD WEBSITE FOR OUR TERMS OF BUSINESS.



# COMPANY DOCUMENTS LTD

29 Harley Street, London, W1G 9QR, United Kingdom.

**Tel:** +44 (0)20 7383 4477 **Fax:** +44 (0)20 7383 4488

www.companydocuments.com

admin@companydocuments.com

## — *INVOICE* —

| Invoice To: |
|---|
| **Vital Management Services Inc** |
| FAO: |
| 1340 Environ Way |
| Chapel Hill |
| USA |
| NC 27517 |
| **VAT #:** |

| Date | Invoice | Your Reference |
|---|---|---|
| 12 Jul 2017 | CD17-209 | N/s |
| **Amount Due** | Terms | Our Reference |
| **£4,750.00** | Due on receipt | CD170712-01 |

| Description | Amount |
|---|---|
| **Due Diligence** - Russia Investigations | 4,750.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | |
|---|---|
| Sub Total: | 4,750.00 |
| Non EU (0%): | 0.00 |
| **Balance Due:** | **£4,750.00** |

Please pay the above sum net of all bank charges to the account of:

Company Documents Ltd
*Account number:* 61413988
*IBAN:* GB06MIDL40020761413988
*Sort Code:* 40-02-07
*SWIFT:* MIDLGB22
*Bank:* HSBC Bank Plc, 123 Chancery Lane, London, WC2A 1QH

WE RESERVE THE RIGHT TO IMPOSE A 10 % SURCHARGE ON INVOICES OUTSTANDING AFTER EVERY 30 DAYS.
PLEASE REFER TO COMPANY DOCUMENTS LTD WEBSITE FOR OUR TERMS OF BUSINESS.

# Company Diligence
## Global Corporate Due Diligence

29 Harley Street, London W1G 9QR, United Kingdom.
+44 (0)7973 884316 – duediligence@hushmail.com

*For Corporate Research, Site Visits, Court Research, Investigative Services...*

7th July 2017.

**Nick Del Rosso**

Invoice# 170707

## INVOICE

**Corporate Investigative Assistance to**

**include... Research in Kenya - Individuals and**

**companies as requested.**

<u>Total Due GBP 7,500.00</u>

Please forward payment to;

**Acc Name: Company Diligence**

**Sort Code: 60-10-26**

**Acc: 10937390**

**IBAN: GB40NWBK60102610937390**

**BIC / SWIFT: NWBKGB2L**



# COMPANY DOCUMENTS LTD
29 Harley Street, London, W1G 9QR, United Kingdom.

Tel: +44 (0)20 7383 4477  Fax: +44 (0)20 7383 4488

www.companydocuments.com

admin@companydocuments.com

## INVOICE

| Invoice To: |
|---|
| Vital Management Services Inc<br>FAO:Nick del Rosso<br>1340 Environ Way<br>Chapel Hill<br>USA<br>NC 27517. |
| VAT #: |

| Date | Invoice | Your Reference |
|---|---|---|
| 06 Apr 2017 | CD17-31 | |
| Amount Due | Terms | Our Reference |
| £3,000.00 | Due on receipt | CD170329-01 |

| Description | Amount |
|---|---|
| Due Diligence - 4x UK Due diligence | 1,000.00 |
| Due Diligence - 4x Kenya Due diligence | 2,000.00 |

| | |
|---|---|
| Sub Total: | 3,000.00 |
| Non EU (0%): | 0.00 |
| Balance Due GBP: | £3,000.00 |

Please pay the above sum net of all bank charges to the account of:
Company Documents Ltd
*Account number:* 61413988
*IBAN:* GB06MIDL40020761413988
*Sort Code:* 40-02-07
*SWIFT:* MIDLGB22
*Bank:* HSBC Bank Plc, 123 Chancery Lane, London, WC2A 1QH

WE RESERVE THE RIGHT TO IMPOSE A 10% SURCHARGE ON **INVOICES OUT**STANDING AFTER EVERY 30 DAYS.
PLEASE **REFER TO COMPANY DOCUMENTS LTD** WEBSITE FOR **OUR TERMS** OF BUSINESS.

Company Documents Ltd - Reg No. 4678591 VAT GB808721111



**CompanyDocuments**
Corporate Research Worldwide

# COMPANY DOCUMENTS LTD
29 Harley Street, London, W1G 9QR, United Kingdom.

Tel: +44 (0)20 7383 4477  Fax: +44 (0)20 7383 4488

www.companydocuments.com

admin@companydocuments.com

## INVOICE

| Invoice To: |
| --- |
| Vital Management Services Inc |
| FAO:Nick del Rosso |
| 1340 Environ Way |
| Chapel Hill |
| USA |
| NC 27517. |
| VAT #: |

| Date | Invoice | Your Reference |
| --- | --- | --- |
| 18 Oct 2016 | CD16-317 | N/s |
| Amount Due | Terms | Our Reference |
| £375.00 | Due on receipt | CD160915-15 |

| Description | Amount |
| --- | --- |
| Name Search - 10 x BP | 200.00 |
| BVI Official Copy Documents - BP | 175.00 |

| | |
| --- | --- |
| Sub Total: | 375.00 |
| Non EU (0%): | 0.00 |
| **Balance Due GBP:** | **£375.00** |

Please pay the above sum net of all bank charges to the account of:
Company Documents Ltd
**Account number:** 61413988
**IBAN:** GB06MIDL40020761413988
**Sort Code:** 40-02-07
**SWIFT:** MIDLGB22
**Bank:** HSBC Bank Plc, 123 Chancery Lane, London, WC2A 1QH

WE RESERVE THE RIGHT TO IMPOSE A 10% SURCHARGE ON INVOICES OUTSTANDING AFTER EVERY 30 DAYS.
PLEASE REFER TO COMPANY DOCUMENTS LTD WEBSITE FOR OUR TERMS OF BUSINESS.



# COMPANY DOCUMENTS LTD

29 Harley Street, London, W1G 9QR, United Kingdom

Tel: +44 (0)20 7383 4477  Fax: +44 (0)20 7383 4488

www.companydocuments.com

admin@companydocuments.com

## ——— INVOICE ———

| Invoice To: |
|---|
| Vital Management Services Inc |
| FAO:Nick del Rosso |
| 1340 Environ Way |
| Chapel Hill |
| USA |
| NC 27517. |
| VAT #: |

| Date | Invoice | Your Reference |
|---|---|---|
| 01 Sep 2016 | CD16-253 | N/s |
| Amount Due | Terms | Our Reference |
| £1,275.00 | Due on receipt | CD160812-08 |

| Description | Amount |
|---|---|
| Due Diligence - UK Property research: Abdullah Funsho | 650.00 |
| BVI Official Copy Documents - Abdullah Funsho | 625.00 |

|  |  |
|---|---|
| Sub Total: | 1,275.00 |
| Non EU (0%): | 0.00 |
| Balance Due GBP: | £1,275.00 |

Please pay the above sum net of all bank charges to the account of:
Company Documents Ltd
*Account number:* 61413988
*IBAN:* GB06MIDL40020761413988
*Sort Code:* 40-02-07
*SWIFT:* MIDLGB22
*Bank:* HSBC Bank Plc, 123 Chancery Lane, London, WC2A 1QH

WE RESERVE THE RIGHT TO IMPOSE A 10% SURCHARGE ON INVOICES OUTSTANDING AFTER EVERY 30 DAYS.
PLEASE REFER TO COMPANY DOCUMENTS LTD WEBSITE FOR OUR TERMS OF BUSINESS.

Company Documents Ltd   Reg No. 4376381 VAT Ge936721411



# COMPANY DOCUMENTS LTD

29 Harley Street, London, W1G 9QR, United Kingdom.

Tel: +44 (0)20 7383 4477  Fax: +44 (0)20 7383 4488

www.companydocuments.com

admin@companydocuments.com

## INVOICE

**Invoice To:**
Vital Management Services Inc
FAO:Nick del Rosso
1340 Environ Way
Chapel Hill
USA
NC 27517.

VAT #:

| Date | Invoice | Your Reference |
|---|---|---|
| 17 Mar 2016 | CD15-616 | |
| **Amount Due** | **Terms** | **Our Reference** |
| £310.00 | Due on receipt | CD160303-15 |

| Description | Amount |
|---|---|
| UK Official Copy Documents - 1 company | 100.00 |
| BVI Official Copy Documents - 1 company | 175.00 |
| Due Diligence - 1 company | 35.00 |

| | |
|---|---|
| Sub Total: | 310.00 |
| Non EU (0%): | 0.00 |
| Balance Due GBP: | £310.00 |

Please pay the above sum net of all bank charges to the account of:
Company Documents Ltd
*Account number:* 61413988
*IBAN:* GB06MIDL40020761413988
*Sort Code:* 40-02-07
*SWIFT:* MIDLGB22
*Bank:* HSBC Bank Plc, 123 Chancery Lane, London, WC2A 1QH

WE RESERVE THE RIGHT TO **IMPOSE A** 10% SURCHARGE ON **INVOICES OUTSTANDING** AFTER EVERY 30 DAYS.
PLEASE REFER TO COMPANY **DOCUMENTS** LTD WEBSITE FOR **OUR TERMS OF BUS**INESS.

Company Documents Ltd - Reg No. 2079391 VAT GB038721444



# COMPANY DOCUMENTS LTD

29 Harley Street, London, W1G 9QR, United Kingdom.

Tel: +44 (0)20 7383 4477 Fax: +44 (0)20 7383 4488

www.companydocuments.com

admin@companydocuments.com

## — INVOICE —

| Invoice To: | | |
|---|---|---|
| Vital Management Services Inc | | |
| FAO: | | |
| 1340 Environ Way | | |
| Chapel Hill | | |
| USA | | |
| NC 27517 | | |
| VAT #: | | |

| Date | Invoice | Your Reference |
|---|---|---|
| 25 Feb 2016 | CD15-582 | |
| Amount Due | Terms | Our Reference |
| £1,665.00 | Due on receipt | CD160217-12 |

| Description | Amount |
|---|---|
| UK Official Copy Documents - 4 companies | 400.00 |
| BVI Official Copy Documents - 2 companies | 350.00 |
| Due Diligence - Uk Director searches x4 @ £50.00 | 200.00 |
| Due Diligence - UK Land registry searches 14 @ £35.00 | 490.00 |
| Due Diligence - Uk Proprietor Land registry searches 3 @ £75.00 | 225.00 |

| | |
|---|---|
| Sub Total: | 1,665.00 |
| Non EU (0%): | 0.00 |
| Balance Due: | £1,665.00 |

Please pay the above sum net of all bank charges to the account of:
Company Documents Ltd
*Account number:* 61413988
*IBAN:* GB06MIDL40020761413988
*Sort Code:* 40-02-07
*SWIFT:* MIDLGB22
*Bank:* HSBC Bank Plc, 123 Chancery Lane, London, WC2A 1QH

WE RESERVE THE RIGHT TO IMPOSE A 10 % SURCHARGE ON INVOICES OUTSTANDING AFTER EVERY 30 DAYS.
PLEASE REFER TO COMPANY DOCUMENTS LTD WEBSITE FOR OUR TERMS OF BUSINESS.



# COMPANY DOCUMENTS LTD

29 Harley Street, London, W1G 9QR, United Kingdom.

Tel: +44 (0)20 7383 4477  Fax: +44 (0)20 7383 4488

www.companydocuments.com

admin@companydocuments.com

## INVOICE

Invoice To:

Vital Management Services Inc
FAO:Nick del Rosso
1340 Environ Way
Chapel Hill
USA
NC 27517.

VAT #:

| Date | Invoice | Your Reference |
|------|---------|----------------|
| 25 Jan 2016 | CD15-540 | |
| **Amount Due** | **Terms** | **Our Reference** |
| £284.00 | Due on receipt | CD160105-14 |

| Description | Amount |
|-------------|--------|
| Due Diligence - Court searches Cayman Islands USD$400 Converted @ 0.71 | 284.00 |

| | |
|---|---|
| Sub Total: | 284.00 |
| Non EU (0%): | 0.00 |
| Balance Due GBP: | £284.00 |

Please pay the above sum net of all bank charges to the account of:

Company Documents Ltd
*Account number:* 61413988
*IBAN:* GB06MIDL40020761413988
*Sort Code:* 40-02-07
*SWIFT:* MIDLGB22
*Bank:* HSBC Bank Plc, 123 Chancery Lane, London, WC2A 1QH

WE RESERVE THE RIGHT TO IMPOSE A 10% SURCHARGE ON INVOICES OUTSTANDING AFTER EVERY 30 DAYS.
PLEASE REFER TO COMPANY DOCUMENTS LTD WEBSITE FOR OUR TERMS OF BUSINESS.

Company Documents Ltd · Reg No. 4573591 Vat 132936721411



# COMPANY DOCUMENTS LTD

29 Harley Street, London, W1G 9OR, United Kingdom.

Tel: +44 (0)20 7383 4477  Fax: +44 (0)20 7383 4488

www.companydocuments.com

admin@companydocuments.com

## INVOICE

Invoice To:
Vital Management Services Inc
FAO;Nick del Rosso
1340 Environ Way
Chapel Hill
USA
NC 27517.

VAT #:

| Date | Invoice | Your Reference |
|---|---|---|
| 25 Jan 2016 | CD15-537 | |
| **Amount Due** | **Terms** | **Our Reference** |
| £975.00 | Due on receipt | CD160107-14 |

| Description | Amount |
|---|---|
| BVI Official Copy Documents - 3 companies | 525.00 |
| Hong Kong Official Copy Documents - 1 company | 125.00 |
| Switzerland official Copy Documents - 1 company | 325.00 |

| | |
|---|---|
| Sub Total: | 975.00 |
| Non EU (0%): | 0.00 |
| Balance Due GBP: | £975.00 |

Please pay the above sum net of all bank charges to the account of:
Company Documents Ltd
*Account number*: 61413988
*IBAN:* GB06MIDL40020761413988
*Sort Code:* 40-02-07
*SWIFT:* MIDLGB22
*Bank:* HSBC Bank Plc, 123 Chancery Lane, London, WC2A 1QH

WE RESERVE THE RIGHT TO **IMPOSE A** 10% SURCHARGE ON **INVOICES OUTSTANDING** AFTER EVERY 30 DAYS.
PLEASE REFER TO COMPAN**Y DOCUMENTS** LTD WEBSITE FO**R OUR TERMS OF BUS**INESS.

Company Documents Ltd - Reg No. 4578591 VAT 603267212!!

# Company Diligence

## Global Corporate Due Diligence

5 Chancery Lane, London WC2A 1LG, United Kingdom.

+44 (0)7973 884316                    duediligence@hushmail.com

*For Corporate Research, Site Visits, Court Research, Investigative Services...*

07th June 2020.

Nick Del Rosso

Invoice# 070620

## INVOICE

Corporate Investigative Assistance reference -

Period 20 April 2020 to 07 June 2020

----

OP:  Charlotte  -  Research in Switzerland

## Total Due GBP £5,450.00

**Terms - Please forward payment <u>within 7 days</u> by electronic transfer to;**

Acc Name: Company Diligence

Sort Code: 60-10-26

Acc: 10937390

IBAN: GB40NWBK60102610937390

BIC / SWIFT:  NWBKGB2L

# Company Diligence
## Global Corporate Due Diligence

5 Chancery Lane, London WC2A 1LG, United Kingdom.

+44 (0)7973 884316                    duediligence@hushmail.com

*For Corporate Research, Site Visits, Court Research, Investigative Services...*

09th April 2020.

Nick Del Rosso

Invoice# 090420

## INVOICE

Corporate Investigative Assistance reference -

Period 02 April 2020 to 09 April 2020

----

OP: Project GOVI – India

## Total Due GBP £14,750.00

**Terms - Please forward payment <u>within 7 days</u> by electronic transfer to;**

Acc Name: Company Diligence

Sort Code: 60-10-26

Acc: 10937390

IBAN: GB40NWBK60102610937390

BIC / SWIFT: NWBKGB2L

# Company Diligence

## Global Corporate Due Diligence

5 Chancery Lane, London WC2A 1LG, United Kingdom.

+44 (0)7973 884316  duediligence@hushmail.com

*For Corporate Research, Site Visits, Court Research, Investigative Services...*

2nd April 2020.

Nick Del Rosso

Invoice# 020420

## INVOICE

Corporate Investigative Assistance reference -

Period 16th March 2020 to 02 April 2020

----

OP:  Project Char – Gambia

## Total Due GBP £6,150.00

**Terms - Please forward payment <u>within 7 days</u> by electronic transfer to;**

Acc Name: Company Diligence

Sort Code: 60-10-26

Acc: 10937390

IBAN: GB40NWBK60102610937390

BIC / SWIFT:  NWBKGB2L

# Company Diligence

## Global Corporate Due Diligence

5 Chancery Lane, London WC2A 1LG, United Kingdom.

+44 (0)7973 884316                    duediligence@hushmail.com

*For Corporate Research, Site Visits, Court Research, Investigative Services...*

16th March 2020.

Nick Del Rosso

Invoice# 200316

## INVOICE

Corporate Investigative Assistance reference -

Period 25 February 2020 to 16th March 2020

-----

OP:  M – (PA) -        1 month – detailed BK Research

+ and RS connected research as instructed by P.                    = GBP£ 3,500.00

-----

## Total Due GBP £3,500.00

**Terms - Please forward payment <u>within 7 days</u> by electronic transfer to;**

Acc Name: Company Diligence

Sort Code: 60-10-26

Acc: 10937390

IBAN: GB40NWBK60102610937390

BIC / SWIFT: NWBKGB2L

# Company Diligence
## Global Corporate Due Diligence

5 Chancery Lane, London WC2A 1LG, United Kingdom.

+44 (0)7973 884316                    duediligence@hushmail.com

*For Corporate Research, Site Visits, Court Research, Investigative Services...*

26th February 2020.

Nick Del Rosso

Invoice# 200226

## INVOICE

Corporate Investigative Assistance reference -

Period 02 November 2019 to 25 February 2020

----

OP: Project Everest - Nepal.

## Total Due GBP £6,850.00

**Terms - Please forward payment <u>within 7 days</u> by electronic transfer to;**

Acc Name: Company Diligence

Sort Code: 60-10-26

Acc: 10937390

IBAN: GB40NWBK60102610937390

BIC / SWIFT: NWBKGB2L

# Company Diligence

## Global Corporate Due Diligence

5 Chancery Lane, London WC2A 1LG, United Kingdom.

+44 (0)7973 884316                    duediligence@hushmail.com

*For Corporate Research, Site Visits, Court Research, Investigative Services…*

1st November 2019.

Nick Del Rosso

Invoice#  191101

# INVOICE

Corporate Investigative Assistance reference -

Period 06 October 2019 to 01 November 2019


OP:  Financial Crime – Blog – India

OCTOBER 2019  (USD$500 x 1)                    =  GBP£ 415.00

------

OP:  A Kre – WFB -    3 months calls + 300 x Converts @35 each     = GBP£ 13,500.00

-----


## Total Due GBP £13,915.00

**Terms - Please forward payment <u>within 7 days</u> by electronic transfer to;**

Acc Name: Company Diligence

Sort Code: 60-10-26

Acc: 10937390

IBAN: GB40NWBK60102610937390

BIC / SWIFT:  NWBKGB2L