# EXHIBIT E



# NatWest Statement

Account number: **10937390**
Sort code: **60-10-26**
BIC: **NWBKGB2L**
IBAN: **GB40 NWBK 6010 2610 9373 90**

## BUSINESS CURRENT ACCOUNT

PAUL ROBINSON T/AS COMPANY DILIGENCE

| Branch Details | Your current details |
|---|---|
| HAYWARDS HEATH<br>1 MUSTER GREEN<br>HAYWARDS HEATH<br>WEST SUSSEX<br><br>RH16 4AP | COMPANY DILIGENCE<br>6 BELVEDERE WALK<br>HAYWARDS HEATH<br>WEST SUSSEX<br>RH16 4TD |



| Date | Type | Description | Paid in | Paid out | Balance |
|---|---|---|---|---|---|
| CONTINUED | | | | | |
| 9 Jun 2020 | TRANSFER | /RFB/INVOICE , IBCSE2I19206365 , VITAL MANAGEMENT , SERVICES INC , INWARD CCY PYMT | 4,203.06 | | |
| 12 Jun 2020 | TRANSFER | /RFB/INVOICE , NWBDM2I62813199 , VITAL MANAGEMENT , SERVICES INC , INWARD STG PYMT | 1,243.00 | | |

© National Westminster Bank Plc. Downloaded from NatWest Bank Online Statement Service on 20/07/2021. Search 'statements' on www.natwest.com for more information.

National Westminster Bank Plc, registered in England and Wales No. 929027. Registered office: 250 Bishopsgate, London EC2M 4AA. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.



# NatWest Statement

Account number: **10937390**
Sort code: **60-10-26**
BIC: **NWBKGB2L**
IBAN: **GB40 NWBK 6010 2610 9373 90**

## BUSINESS CURRENT ACCOUNT

PAUL ROBINSON T/AS COMPANY DILIGENCE

| Branch Details | Your current details |
|---|---|
| HAYWARDS HEATH | COMPANY DILIGENCE |
| 1 MUSTER GREEN | 6 BELVEDERE WALK |
| HAYWARDS HEATH | HAYWARDS HEATH |
| WEST SUSSEX | WEST SUSSEX |
| | RH16 4TD |
| RH16 4AP | |



| Date | Type | Description | Paid in | Paid out | Balance |
|---|---|---|---|---|---|
| CONTINUED | | | | | |
| | ONLINE TRANSACTION | J GUNNING , ESSEX , VIA MOBILE - LVP , FP 27/05/20 10 , 06162319446634000N | | 600.00 | |

© National Westminster Bank Plc. Downloaded from NatWest Bank Online Statement Service on 20/07/2021. Search 'statements' on www.natwest.com for more information.

National Westminster Bank Plc, registered in England and Wales No. 929027. Registered office: 250 Bishopsgate, London EC2M 4AA. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.


# NatWest Statement



**NatWest** Statement

## BUSINESS CURRENT ACCOUNT

PAUL ROBINSON T/AS COMPANY DILIGENCE

| Branch Details | Your current details |
| --- | --- |
| HAYWARDS HEATH | COMPANY DILIGENCE |
| 1 MUSTER GREEN | 6 BELVEDERE WALK |
| HAYWARDS HEATH | HAYWARDS HEATH |
| WEST SUSSEX | WEST SUSSEX |
| | RH16 4TD |
| RH16 4AP | |



| Date | Type | Description | Paid in | Paid out | Balance |
| --- | --- | --- | --- | --- | --- |
| CONTINUED | | | | | |
| 24 Apr 2020 | TRANSFER | /RFB/INVOICE , NWBDM2I62296338 , VITAL MANAGEMENT , SERVICES INC , INWARD STG PYMT | 5,743.00 | | |
| 27 Apr 2020 | ONLINE TRANSACTION | J GUNNING , UK RESEARCH , VIA MOBILE - LVP , FP 25/04/20 10 , 60075435497863000N | | 650.00 | |
| | ONLINE TRANSACTION | J GUNNING , CARM , VIA MOBILE - LVP , FP 27/04/20 10 , 17105811490824000N | | 550.00 | |

© National Westminster Bank Plc. Downloaded from NatWest Bank Online Statement Service on 20/07/2021. Search 'statements' on www.natwest.com for more information.

National Westminster Bank Plc, registered in England and Wales No. 929027. Registered office: 250 Bishopsgate, London EC2M 4AA. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.


Account number: **10937390**
Sort code: **60-10-26**
BIC: **NWBKGB2L**
IBAN: **GB40 NWBK 6010 2610 9373 90**

## BUSINESS CURRENT ACCOUNT

PAUL ROBINSON T/AS COMPANY DILIGENCE

| Branch Details | Your current details |
|---|---|
| HAYWARDS HEATH<br>1 MUSTER GREEN<br>HAYWARDS HEATH<br>WEST SUSSEX<br><br>RH16 1AP | COMPANY DILIGENCE<br>6 BELVEDERE WALK<br>HAYWARDS HEATH<br>WEST SUSSEX<br>RH16 4TD |



| Date | Type | Description | Paid in | Paid out | Balance |
|---|---|---|---|---|---|
| CONTINUED | | | | | |
| 15 Apr 2020 | TRANSFER | /RFB/INVOICE ,<br>NWBDM2I62193370 , VITAL<br>MANAGEMENT , SERVICES<br>INC , INWARD STG PYMT | 14,743.00 | | |

© National Westminster Bank Plc. Downloaded from NatWest Bank Online Statement Service on 20/07/2021. Search 'statements' on www.natwest.com for more information.

National Westminster Bank Plc, registered in England and Wales No. 929027. Registered office: 250 Bishopsgate, London EC2M 4AA. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.


# NatWest Statement

## BUSINESS CURRENT ACCOUNT

Account number: **10937390**
Sort code: **60-10-26**
BIC: **NWBKGB2L**
IBAN: **GB40 NWBK 6010 2610 9373 90**

PAUL ROBINSON T/AS COMPANY DILIGENCE

| Branch Details | Your current details | Period | 28 Mar 2020 to 27 Apr 2020 |
|---|---|---|---|
| HAYWARDS HEATH<br>1 MUSTER GREEN<br>HAYWARDS HEATH<br>WEST SUSSEX<br><br>RH16 4AP | COMPANY DILIGENCE<br>6 BELVEDERE WALK<br>HAYWARDS HEATH<br>WEST SUSSEX<br>RH16 4TD | Previous Balance<br>Paid out<br>Paid in<br>New Balance | |



| Date | Type | Description | Paid in | Paid out | Balance |
|---|---|---|---|---|---|
| | | BROUGHT FORWARD | | | |
| 6 Apr 2020 | TRANSFER | /RFB/INVOICE , NWBDM2I62110049 , VITAL MANAGEMENT , SERVICES INC , INWARD STG PYMT | 6,143.00 | | |
| | ONLINE TRANSACTION | J GUNNING , USA 2 , VIA MOBILE - PYMT , FP 06/04/20 10 , 06080250025525000N | | 4,500.00 | |
| | ONLINE TRANSACTION | J GUNNING , USA 2 , VIA MOBILE - PYMT , FP 06/04/20 10 , 10171001611873000N | | 1,250.00 | |
| 9 Apr 2020 | ONLINE TRANSACTION | J GUNNING , 20015 , VIA MOBILE - LVP , FP 09/04/20 10 , 27124036133917000N | | 300.00 | |

© National Westminster Bank Plc. Downloaded from NatWest Bank Online Statement Service on 20/07/2021. Search 'statements' on www.natwest.com for more information.

National Westminster Bank Plc, registered in England and Wales No. 929027. Registered office; 250 Bishopsgate, London EC2M 4AA. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.



# NatWest Statement

## BUSINESS CURRENT ACCOUNT

Account number: 10937390
Sort code: 60-10-26
BIC: NWBKGB2L
IBAN: GB40 NWBK 6010 2610 9373 90

PAUL ROBINSON T/AS COMPANY DILIGENCE

| Branch Details | Your current details |
|---|---|
| HAYWARDS HEATH<br>1 MUSTER GREEN<br>HAYWARDS HEATH<br>WEST SUSSEX<br><br>RH16 4AP | COMPANY DILIGENCE<br>6 BELVEDERE WALK<br>HAYWARDS HEATH<br>WEST SUSSEX<br>RH16 4TD |

| Date | Type | Description | Paid in | Paid out | Balance |
|---|---|---|---|---|---|
| CONTINUED | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 18 Mar 2020 | TRANSFER | /RFB/INVOICE ,<br>NWBDM2161908360 , VITAL<br>MANAGEMENT , SERVICES<br>INC , INWARD STG PYMT | 3,493.00 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

© National Westminster Bank Plc. Downloaded from NatWest Bank Online Statement Service on 20/07/2021. Search 'statements' on www.natwest.com for more information.

National Westminster Bank Plc, registered in England and Wales No. 929027. Registered office: 250 Bishopsgate, London EC2M 4AA. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.



# NatWest Statement

## BUSINESS CURRENT ACCOUNT

Account number: 10937390
Sort code: 60-10-26
BIC: NWBKGB2L
IBAN: GB40 NWBK 6010 2610 9373 90

PAUL ROBINSON T/AS COMPANY DILIGENCE

| Branch Details | Your current details | Period | 28 Feb 2020 to 27 Mar 2020 |
|---|---|---|---|
| HAYWARDS HEATH<br>1 MUSTER GREEN<br>HAYWARDS HEATH<br>WEST SUSSEX<br><br>RH16 4AP | COMPANY DILIGENCE<br>6 BELVEDERE WALK<br>HAYWARDS HEATH<br>WEST SUSSEX<br>RH16 4TD | Previous Balance | |
| | | Paid out | |
| | | Paid in | |
| | | New Balance | |

| Date | Type | Description | Paid in | Paid out | Balance |
|---|---|---|---|---|---|
| BROUGHT FORWARD | | | | | |
| 28 Feb 2020 | TRANSFER | /RFB/INVOICE ,<br>NWBDM2I61656430 , VITAL<br>MANAGEMENT , SERVICES<br>INC , INWARD STG PYMT | 6,843.00 | | |
| 13 Mar 2020 | ONLINE TRANSACTION | J GUNNING , USA 2 , VIA<br>MOBILE - PYMT , FP 12/03/20<br>10 , 05202812023782000N | | 1,500.00 | |

© National Westminster Bank Plc. Downloaded from NatWest Bank ... al Westminster Bank Plc, registered in England and Wales No. 929027. Registered office:
Online Statement Service on 20/07/2021. Search 'statements' on 250 Bishopsgate, London EC2M 4AA. Authorised by the Prudential Regulation Authority and
www.natwest.com for more information. regulated by the Financial Conduct Authority and the Prudential Regulation Authority.



# NatWest Statement

Account number: **10937390**
Sort code: **60-10-26**
BIC: **NWBKGB2L**
IBAN: **GB40 NWBK 6010 2610 9373 90**

## BUSINESS CURRENT ACCOUNT

PAUL ROBINSON T/AS COMPANY DILIGENCE

| Branch Details | Your current details |
|---|---|
| HAYWARDS HEATH | COMPANY DILIGENCE |
| 1 MUSTER GREEN | 6 BELVEDERE WALK |
| HAYWARDS HEATH | HAYWARDS HEATH |
| WEST SUSSEX | WEST SUSSEX |
| | RH16 4TD |
| RH16 4AP | |



| Date | Type | Description | Paid in | Paid out | Balance |
|---|---|---|---|---|---|
| CONTINUED | | | | | |
| 11 Feb 2020 | ONLINE TRANSACTION | J GUNNING , USA 2 , VIA MOBILE - PYMT , FP 11/02/20 10 , 03134227502525000N | | 1,625.00 | |

© National Westminster Bank Plc. Downloaded from NatWest Bank Online Statement Service on 20/07/2021. Search 'statements' on www.natwest.com for more information.

National Westminster Bank Plc, registered in England and Wales No. 929027. Registered office: 250 Bishopsgate, London EC2M 4AA. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.



# NatWest Statement

Account number: **10937390**
Sort code: **60-10-26**
BIC: **NWBKGB2L**
IBAN: **GB40 NWBK 6010 2610 9373 90**

## BUSINESS CURRENT ACCOUNT

PAUL ROBINSON T/AS COMPANY DILIGENCE

| Branch Details | Your current details |
|---|---|
| HAYWARDS HEATH | COMPANY DILIGENCE |
| 1 MUSTER GREEN | 6 BELVEDERE WALK |
| HAYWARDS HEATH | HAYWARDS HEATH |
| WEST SUSSEX | WEST SUSSEX |
| | RH16 4TD |
| RH16 4AP | |

| Date | Type | Description | Paid in | Paid out | Balance |
|---|---|---|---|---|---|
| CONTINUED | | | | | |
| 23 Jan 2020 | AUTOMATED CREDIT | GRAYSON CO. LTD , MAXWELL , FP 23/01/20 1154 , 000000FT20023NB3WW | 750.00 | | |

© National Westminster Bank Plc. Downloaded from NatWest Bank Online Statement Service on 20/07/2021. Search 'statements' on www.natwest.com for more information.

National Westminster Bank Plc, registered in England and Wales No. 929027. Registered office: 250 Bishopsgate, London EC2M 4AA. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.



# NatWest Statement

Account number: 10937390
Sort code: 60-10-26
BIC: NWBKGB2L
IBAN: GB40 NWBK 6010 2610 9373 90

## BUSINESS CURRENT ACCOUNT

PAUL ROBINSON T/AS COMPANY DILIGENCE

| Branch Details | Your current details |
|---|---|
| HAYWARDS HEATH | COMPANY DILIGENCE |
| 1 MUSTER GREEN | 6 BELVEDERE WALK |
| HAYWARDS HEATH | HAYWARDS HEATH |
| WEST SUSSEX | WEST SUSSEX |
| | RH16 4TD |
| RH16 4AP | |



| Date | Type | Description | Paid in | Paid out | Balance |
|---|---|---|---|---|---|
| CONTINUED | | | | | |
| 6 Nov 2019 | TRANSFER | /RFB/INVOICE , NWBDM2I60190075 , VITAL MANAGEMENT , SERVICES INC , INWARD STG PYMT | 13,908.00 | | |

© National Westminster Bank Plc. Downloaded from NatWest Bank Online Statement Service on 20/07/2021. Search 'statements' on www.natwest.com for more information.

National Westminster Bank Plc, registered in England and Wales No. 929027. Registered office: 250 Bishopsgate, London EC2M 4AA. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.



# NatWest Statement

Account number: **10937390**
Sort code: **60-10-26**
BIC: **NWBKGB2L**
IBAN: **GB40 NWBK 6010 2610 9373 90**

## BUSINESS CURRENT ACCOUNT

PAUL ROBINSON T/AS COMPANY DILIGENCE

| Branch Details | Your current details |
|---|---|
| HAYWARDS HEATH | COMPANY DILIGENCE |
| 1 MUSTER GREEN | 6 BELVEDERE WALK |
| HAYWARDS HEATH | HAYWARDS HEATH |
| WEST SUSSEX | WEST SUSSEX |
| | RH16 4TD |
| RH16 4AP | |



| Date | Type | Description | Paid in | Paid out | Balance |
|---|---|---|---|---|---|
| CONTINUED | | | | | |
| 16 Oct 2019 | TRANSFER | /RFB/INVOICE , NWBDMJ2I59888330 , VITAL MANAGEMENT , SERVICES INC , INWARD STG PYMT | 12,458.00 | | |

© National Westminster Bank Plc. Downloaded from NatWest Bank Online Statement Service on 20/07/2021. Search 'statements' on www.natwest.com for more information.

National Westminster Bank Plc, registered in England and Wales No. 929027. Registered office: 250 Bishopsgate, London EC2M 4AA. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.


# NatWest Statement

**BUSINESS CURRENT ACCOUNT**

Account number: **10937390**
Sort code: **60-10-26**
BIC: **NWBKGB2L**
IBAN: **GB40 NWBK 6010 2610 9373 90**

PAUL ROBINSON T/AS COMPANY DILIGENCE

| Branch Details | Your current details | Period | 28 Sep 2019 to 25 Oct 2019 |
|---|---|---|---|
| HAYWARDS HEATH<br>1 MUSTER GREEN<br>HAYWARDS HEATH<br>WEST SUSSEX<br><br>RH16 4AP | COMPANY DILIGENCE<br>6 BELVEDERE WALK<br>HAYWARDS HEATH<br>WEST SUSSEX<br>RH16 4TD | Previous Balance | |
| | | Paid out | |
| | | Paid in | |
| | | New Balance | |



| Date | Type | Description | Paid in | Paid out | Balance |
|---|---|---|---|---|---|
| BROUGHT FORWARD | | | | | |
| Oct 2019 | ONLINE TRANSACTION | J GUNNING , USA 2 , VIA MOBILE - PYMT , FP 09/10/19 10 , 06132144741527000N | | 2,000.00 | |

© National Westminster Bank Plc. Downloaded from NatWest Bank Online Statement Service on 20/07/2021. Search 'statements' on www.natwest.com for more information.

National Westminster Bank Plc, registered in England and Wales No. 929027. Registered office: 250 Bishopsgate, London EC2M 4AA. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.



# NatWest Statement

## BUSINESS CURRENT ACCOUNT

Account number: 10937390
Sort code: 60-10-26
BIC: NWBKGB2L
IBAN: GB40 NWBK 6010 2610 9373 90

PAUL ROBINSON T/AS COMPANY DILIGENCE

| Branch Details | Your current details | Period | 28 Aug 2019 to 27 Sep 2019 |
|---|---|---|---|
| HAYWARDS HEATH<br>1 MUSTER GREEN<br>HAYWARDS HEATH<br>WEST SUSSEX<br><br>RH16 4AP | COMPANY DILIGENCE<br>6 BELVEDERE WALK<br>HAYWARDS HEATH<br>WEST SUSSEX<br>RH16 4TD | Previous Balance |  |
| | | Paid out | |
| | | Paid in | |
| | | New Balance | |



| Date | Type | Description | Paid in | Paid out | Balance |
|---|---|---|---|---|---|
| BROUGHT FORWARD | | | | | |
| 5 Sep 2019 | TRANSFER | /RFB/INVOICE , NWBDM2I59351619 , VITAL MANAGEMENT , SERVICES INC , INWARD STG PYMT | 20,423.00 | | |

© National Westminster Bank Plc. Downloaded from NatWest Bank Online Statement Service on 20/07/2021. Search 'statements' on www.natwest.com for more information.

National Westminster Bank Plc, registered in England and Wales No. 929027. Registered office: 250 Bishopsgate, London EC2M 4AA. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.


**BUSINESS CURRENT ACCOUNT**

Account number: **10937390**
Sort code: **60-10-26**
BIC: **NWBKGB2L**
IBAN: **GB40 NWBK 6010 2610 9373 90**

PAUL ROBINSON T/AS COMPANY DILIGENCE

| Branch Details | Your current details | Period | 28 Jun 2019 to 26 Jul 2019 |
|---|---|---|---|
| HAYWARDS HEATH<br>1 MUSTER GREEN<br>HAYWARDS HEATH<br>WEST SUSSEX<br><br>RH16 4AP | COMPANY DILIGENCE<br>6 BELVEDERE WALK<br>HAYWARDS HEATH<br>WEST SUSSEX<br>RH16 4TD | Previous Balance | |
| | | Paid out | |
| | | Paid in | |
| | | New Balance | |



| Date | Type | Description | Paid in | Paid out | Balance |
|---|---|---|---|---|---|
| | BROUGHT FORWARD | | | | |
| | TRANSFER | /RFB/INVOICE 190 ,<br>NWBDM2I58639183 , VITAL<br>MANAGEMENT , SERVICES<br>INC , INWARD STG PYMT | 2,193.00 | | |

10-07-19.

© National Westminster Bank Plc. Downloaded from NatWest Bank Online Statement Service on 20/07/2021. Search 'statements' on www.natwest.com for more information.

National Westminster Bank Plc, registered in England and Wales No. 929027. Registered office: 250 Bishopsgate, London EC2M 4AA. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.



# NatWest Statement

Account number: **10937390**
Sort code: **60-10-26**
BIC: **NWBKGB2L**
IBAN: **GB40 NWBK 6010 2610 9373 90**

## BUSINESS CURRENT ACCOUNT

PAUL ROBINSON T/AS COMPANY DILIGENCE

| Branch Details | Your current details |
|---|---|
| HAYWARDS HEATH<br>1 MUSTER GREEN<br>HAYWARDS HEATH<br>WEST SUSSEX<br><br>RH16 4AP | COMPANY DILIGENCE<br>6 BELVEDERE WALK<br>HAYWARDS HEATH<br>WEST SUSSEX<br>RH16 4TD |



| Date | Type | Description | Paid in | Paid out | Balance |
|---|---|---|---|---|---|
| CONTINUED | | | | | |
| 20 May 2019 | ONLINE TRANSACTION | J GUNNING , USA 2 , VIA ONLINE - PYMT , FP 18/05/19 10 , 6310094818142200N | | 1,100.00 | |

© National Westminster Bank Plc. Downloaded from NatWest Bank Online Statement Service on 20/07/2021. Search 'statements' on www.natwest.com for more information.

National Westminster Bank Plc, registered in England and Wales No. 929027. Registered office: 250 Bishopsgate, London EC2M 4AA. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.



# NatWest Statement

## BUSINESS CURRENT ACCOUNT

Account number: **10937390**
Sort code: **60-10-26**
BIC: **NWBKGB2L**
IBAN: **GB40 NWBK 6010 2610 9373 90**

PAUL ROBINSON T/AS COMPANY DILIGENCE

| Branch Details | Your current details | Period | 27 Oct 2018 to 27 Nov 2018 |
|---|---|---|---|
| HAYWARDS HEATH<br>1 MUSTER GREEN<br>HAYWARDS HEATH<br>WEST SUSSEX<br><br>RH16 4AP | COMPANY DILIGENCE<br>6 BELVEDERE WALK<br>HAYWARDS HEATH<br>WEST SUSSEX<br>RH16 4TD | Previous Balance<br>Paid out<br>Paid in<br>New Balance | |



| Date | Type | Description | Paid in | Paid out | Balance |
|---|---|---|---|---|---|
| BROUGHT FORWARD | | | | | |
| 6 Nov 2018 | TRANSFER | /RFB/INVOICE1810 , NWBDM2I55359287 , VITAL MANAGEMENT , SERVICES INC , INWARD STG PYMT | 5,978.00 | | |

29-10-18

© National Westminster Bank Plc. Downloaded from NatWest Bank Online Statement Service on 20/07/2021. Search 'statements' on www.natwest.com for more information.

National Westminster Bank Plc, registered in England and Wales No. 929027. Registered office: 250 Bishopsgate, London EC2M 4AA. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.