# EXHIBIT F

| From: | Brandon Neuman |
|---|---|
| To: | Paul Robinson - CompanyDocuments.com |
| Subject: | Re: invoice |
| Date: | 03 July 2020 13:28:29 |
| Attachments: | image001.png |

Paul:

Can you please give me a call? 1-919-749-4444.

Sent from my iPhone

Brandon S. Neuman | Partner
Shanahan Law Group, PLLC
128 E. Hargett Street
Suite 300
Raleigh, NC 27601
Phone: 919-856-9494
Fax: 919-856-9499
bneuman@shanahanlawgroup.com
www.shanahanlawgroup.com


Please see the IRS Circular 230 Notice and the Confidentiality Notice below before reading this email.
PRIVILEGED AND CONFIDENTIAL: This electronic message and any attachments are confidential property of the sender. The information is intended only for the use of the person to whom it was addressed. Any other interception, copying, accessing, or disclosure of this message is prohibited. The sender takes no responsibility for any unauthorized reliance on this message. If you have received this message in error, please immediately notify the sender and purge the message you received. Do not forward this message without permission.

On Jul 2, 2020, at 7:48 AM, Paul Robinson - CompanyDocuments.com <paul@companydocuments.com> wrote:

CAUTION: External Email

Dear Brandon,

I've been asked to send an invoice to you to cover this matter and you will make a payment today.

Please can you advise to whom it should be addressed?

Thank you

Paul

**From:** Brandon Neuman <BNeuman@shanahanlawgroup.com>
**Sent:** 01 July 2020 22:10
**To:** Paul Robinson - CompanyDocuments.com <paul@companydocuments.com>
**Cc:** Jeff Kelly <JKelly@shanahanlawgroup.com>
**Subject:** RE: Details of claim part 1

Paul:

Thanks again.

Brandon


### Brandon S. Neuman | Partner

<image001.png>


128 E. Hargett Street | Third Floor
Raleigh, NC 27601

**Phone:** (919) 856-9494
**Email:** bneuman@shanahanlawgroup.com

Please see the IRS Circular 230 Notice and the Confidentiality Notice below before reading this email.
PRIVILEGED AND CONFIDENTIAL: This electronic message and any attachments are confidential property of the sender. The information is intended only for the use of the person to whom it was addressed. Any other interception, copying, accessing, or disclosure of this message is prohibited. The sender takes no responsibility for any unauthorized reliance on this message. If you have received this message in error, please immediately notify the sender and purge the message you received. Do not forward this message without permission.

**From:** Paul Robinson - CompanyDocuments.com
[mailto:paul@companydocuments.com]
**Sent:** Wednesday, July 1, 2020 3:19 PM
**To:** Brandon Neuman <BNeuman@shanahanlawgroup.com>
**Cc:** Jeff Kelly <JKelly@shanahanlawgroup.com>
**Subject:** Re: Details of claim part 1

CAUTION: External Email

Dear Brandon,
Pleasure to meet you too!
Thank you in advance for your assistance in this unfortunate matter.
I will send details to you.
All the best,
Paul

On 1 Jul 2020, at 20:00, Brandon Neuman <BNeuman@shanahanlawgroup.com> wrote:

Dear Paul:

Thank you very much, pleasure to meet you.

**Brandon S. Neuman** | Partner

<image001.png>

128 E. Hargett Street | Third Floor
Raleigh, NC 27601

**Phone**: (919) 856-9494
**Email**: bneuman@shanahanlawgroup.com

Please see the IRS Circular 230 Notice and the Confidentiality Notice below before reading this email.
PRIVILEGED AND CONFIDENTIAL: This electronic message and any attachments are confidential property of the sender. The information is intended only for the use of the person to whom it was addressed. Any other interception, copying, accessing, or disclosure of this message is prohibited. The sender takes no responsibility for any unauthorized reliance on this message. If you have received this message in error, please immediately notify the sender and purge the message you received. Do not forward this message without permission.

**From:** Paul Robinson - CompanyDocuments.com [mailto:paul@companydocuments.com]
**Sent:** Wednesday, July 1, 2020 2:37 PM
**To:** Brandon Neuman <BNeuman@shanahanlawgroup.com>
**Subject:** Fwd: Details of claim part 1

CAUTION: External Email

Dear Brandon,
Please see attached the claim.
Regards,
Paul

Begin forwarded message:

> **From:** "Paul Robinson - CompanyDocuments.com" <paul@companydocuments.com>
> **Date:** 1 July 2020 at 15:57:13 BST
> **To:** ███████████████████████
> ███████████████████████
> **Subject: RE: Details of claim part 1**

<30 June 2020 - part 1.pdf>