# EXHIBIT G

# PROMISSORY NOTE

| Borrower: | Company Documents Ltd<br>5 Chancery Lane<br>London,<br>WC2A1LG, UK | Lender: | Vital Management Services, Inc.<br>c/o Shanahan Law Group, PLLC<br>128 E. Hargett Street<br>Suite 300<br>Raleigh, NC 27601, United States |
|---|---|---|---|

**Principal Amount:** US $25,000.00        **Date of Note:** July 2, 2020

**PROMISE TO PAY.** Company Documents Ltd ("Borrower") promises to pay to Vital Management Services, Inc., a North Carolina Corporation ("Lender"), or order, in lawful money of the United States of America, the principal amount of Twenty-five Thousand & 00/100 Dollars ($25,000.00) or so much as may be outstanding, together with interest on the unpaid outstanding principal balance ("Loan Amount").

**INTEREST RATE.** The interest rate on this Promissory Note is 8.00% per annum.

**PAYMENT.** Borrower will pay this Loan Amount, including interest, on or before July 1, 2021, at which point all unpaid amounts due under this Promissory Note shall be due and payable in full.

**LATE CHARGE.** If a payment is 15 days or more late, Borrower will be charged 4.00% of the unpaid portion of the regularly scheduled payment. This late charge shall be paid to Lender by Borrower to compensate Lender for Lender's extra costs and expenses caused by the late payment.

**INTEREST AFTER DEFAULT.** Upon default, at Lender's option, and if permitted by applicable law, Lender may add any unpaid accrued interest to principal and such sum will bear interest therefrom until paid at the rate provided in this Note. Upon default, the total sum due under this Note will continue to accrue interest at the interest rate under this Note, with the final interest rate described in this Note, applying after maturity, or after maturity would have occurred had there been no default. If judgment is entered in connection with this Note, interest will continue to accrue after the date of judgment at the rate in effect at the time judgment is entered. However, in no event will the interest rate exceed the maximum interest rate limitations under applicable law.

**DEFAULT.** Borrow shall be in default under this Promissory Note if Borrower fails to repay the Loan Amount, including interest, on or before July 14, 2021.

**LENDER'S RIGHTS.** Upon default, Lender may declare the entire unpaid principal balance under this Promissory Note and all accrued unpaid interest immediately due, and then Borrower will pay that amount.

**ATTORNEYS' FEES; EXPENSES.** Lender may hire or pay someone else to help collect this Promissory Note if Borrower does not pay. Borrower will pay Lender that amount. This includes, subject to any limits under applicable law, Lender's reasonable attorneys' fees and Lender's legal expenses, whether or not there is a lawsuit, including reasonable attorneys' fees based on actual fees incurred based on hours worked and billed at the attorneys' or paralegals' customary hourly rate without regard to any statutory presumption, expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction), and appeals. If not prohibited by applicable law, Borrower also will pay any court costs, in addition to all other sums provided by law.

**GOVERNING LAW.** This Promissory Note will be governed by federal law applicable to Lender and, to the extent not preempted by federal law, the laws of the State of North Carolina without regard to its conflicts of law provisions. This Note has been accepted by Lender in the State of North Carolina.

**CHOICE OF VENUE.** If there is a lawsuit, Borrower agrees upon Lender's request to submit to the jurisdiction of the courts of Wake County, North Carolina.

PRIOR TO SIGNING THIS PROMISSORY NOTE, BORROW HAS READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS PROMISSORY NOTE, INCLUDING THE INTEREST RATE PROVISIONS, AND AGREES TO THE TERMS OF THE PROMISSORY NOTE.

BORROWER ACKNOWLEDGES RECEIPT OF A COMPLETED COPY OF THIS PROMISSORY NOTE.

**BORROWER:**

**COMPANY DOCUMENTS LTD**

By: _[signature]_

**LENDER:**

**VITAL MANAGEMENT SERVICES, INC.**

By: _Nick del Rosso_
Authorized Officer