# EXHIBIT H

# PG

## Patrick Grayson
+44 7768 274205



*12 Jun 2019*

> Hello Patrick
> It's Paul  13:52

Thanks. Patrick  14:06

But better please on my work phone
07342 374333: nickname Clover  14:07

*19 Jul 2019*

📞 Missed call · 19 Jul 2019 11:45

Call Back

*1 Aug 2019*

< PG Pat Gray
5m

# PG

## Pat Gray
+44 73 12 374333

12 Jun 2019

Hello 16:14

4 Jul 2019

> Hi Patrick,
> I believe you called me earlier this week?
> Sorry I've been out a lot.
> Back in the office now and here all day tomorrow.
> I'm sending you some results by email.
> All the best,
> Paul
>
> 16:32

5 Jul 2019

Pat called you · 5 Jul 2019 15:41

Pat called you · 5 Jul 2019 15:46

Call Back

**Pat Gray**
5m

5 Jul 2019

19 Jul 2019

Pat called you · 19 Jul 2019 11:37

Pat called you · 19 Jul 2019 18:22

Call Back

27 Jul 2019

> Hi Patrick,
> Just to update on Research in Nigeria.
> Our source has identified 7 companies that he believes are showing ownership to the subject and also 3 properties in Nigeria.
> I assume you want to progress with obtaining the certified current documents to prove the asset ownership as of today?
> Regards,
> Paul
>
> 13:42

29 Jul 2019

> Good Morning Patrick,
> I am back to the UK this evening. Although happy to chat to you anytime today.
> I have chased my contacts in India and they have promised some results and an

27 Jul 2019

> obtaining the certified current documents to prove the asset ownership as of today?
> Regards,
> Paul
>
> 13:42

29 Jul 2019

> Good Morning Patrick,
> I am back to the UK this evening. Although happy to chat to you anytime today.
> I have chased my contacts in India and they have promised some results and an interim report today.
> I will have it sent over to you.
> On Nigeria we will press ahead, I will send you any evidence obtained as soon as it's in hand.
> To be clear on the Nigeria case, we are looking to evidence any assets belonging to that individual and also his family members? Or just him?
> Regards,
> Paul
>
> 08:10

> Perfect, ok I will call you tomorrow morning when you will hopefully be in possession of some India results that I can send over today.
> Best,
> Paul
>
> 09:04

29 Jul 2019

So far (preliminary) we have this...

Chandra Prakash Khetan:

• Family Members:
➢ Father's Name: Mohan G. Khetan
➢ Mother's Name: Prem L. Khetan
➢ Siblings: Rajendra K. Khetan
➢ Daughters' Names: Laxmi Khetan & Dipali Khetan

• Association with Business Entities:
➢ Lotus Life Foundation Singapore (since July 2017)
➢ Gorkha Brewery (July 1997 until February 2011)
➢ Khetan Group (1992 until July 2006)
➢ Carlsberg India Private Limited (May 2006 until March 2011)
➢ Parag Breweries Limited (October 2007 until November 2010)

• Education:
Tribhuvan Vishwavidalaya (1991 until 1993)
Gyanodaya Bal Batika (1978 until 1991)

• Chandra Prakash Khetan is a Politically Exposed Person with connections to the Former Prime Minister of Nepal Girija P.

29 Jul 2019

• Education:
Tribhuvan Vishwavidalaya (1991 until 1993)
Gyanodaya Bal Batika (1978 until 1991)

• Chandra Prakash Khetan is a Politically Exposed Person with connections to the Former Prime Minister of Nepal Girija P. Koirala, his daughter and Member of Parliament Ms Sujata Koirala, Kathmandu Chief of Nepali Congress Mr. Tirtha Ram Dangol and various other political personnel.

• A profile of Chandra P. Khetan revealed that he is a scion of a prominent industrialist family with interests in banking, insurance, telecommunications, IT, real estate, energy and beverages and is continuing the legacy of philanthropy in the family.

• Association with Gorkha Brewery Limited:
Gorkha Brewery Limited (Nepal, P.O. Box 4140, New Baneshwor, Katmandu)
Management: Chandra Prakash Khetan
Employees: 225
Share: 48.3%





**Pat Gray**
5m

14 Aug 2019

Pat called you · 14 Aug 2019 10:39

Call Back

15 Aug 2019

Paul - need ASAP any corp docs where PK declares Indian citizenship. Thanks
07:45

Ok I have my guy on it. Will chase him now



📄 Appointment of Pawan Jagetia.pdf
48 KB
07:56

Thanks Paul 10:42

28 Aug 2019



Hi Patrick,
I believe I missed your earlier call.
Can we speak in the morning please?
All the best,
Paul
18:46

29 Aug 2019

You called Pat · 29 Aug 2019 10:32



**Pat Gray**
⏱ 5m

28 Aug 2019

> Hi Patrick,
> I believe I missed your earlier call.
> Can we speak in the morning please?
> All the best,
> Paul
> 
> 18:46

29 Aug 2019

📞 You called Pat · 29 Aug 2019 10:32

Call Again

> Good morning Patrick.
> Do please call me when you can
> Best regards,
> Paul
> 
> 10:33

📞 Pat called you · 29 Aug 2019 12:35

Call Back

> Hi Patrick,
> Sorry would Wednesday morning work with you?
> Or is that too late?

> Failing Wednesday I could do Tuesday PM but not morning sorry. Got dates muddled
> 
> 14:08

**Pat Gray**
5m

Wed am should b... 29 Aug 2019 ...onfirm detail tomorrow.

Ok perfect thank you, I can meet at your convenience Wednesday morning.
17:39

3 Sep 2019

For tomorrow  10:01

You called Pat · 3 Sep 2019 13:58
Call Again

Full image obscured. Can you spell it out for me?
14:17

5 Sep 2019

Missed call · 5 Sep 2019 03:02
You called Pat · 5 Sep 2019 09:05
Call Again

Speedy task returned. Let me know what you think pls as I'm not 100% on 2 of the subjects, however from the docs you have you may be able to join the dots.
11:48



**Pat Gray**
5m

5 Sep 2019

Did you ... view ok?   15:28

Thanks, yes. About to reach home where I can properly study and collate this for the client. Very helpful. Thank you very much.
18:26

No problem, I'm not 100% on 2 of the subjects, so let me know if I should dig further.

Anything else you need just don't hesitate to ask.   18:33

Thanks Paul   21:42

10 Sep 2019

Missed call · 10 Sep 2019 12:16

You called Pat · 10 Sep 2019 12:54

Call Again

Sorry Patrick Pls call me when you can   12:55

You called Pat · 10 Sep 2019 13:05

Pat called you · 10 Sep 2019 13:57

Call Back

Pat Gray 
5m

10 Sep 2019

Sorry Patrick
Pls call me when you can   12:55

You called Pat · 10 Sep 2019 13:05

Pat called you · 10 Sep 2019 13:57

Call Back

13 Sep 2019

Pat called you · 13 Sep 2019 12:54

Call Back

16 Sep 2019

Missed call · 16 Sep 2019 10:59

You called Pat · 16 Sep 2019 16:49

Pat called you · 16 Sep 2019 16:51

Call Back

4 Oct 2019

Missed call · 4 Oct 2019 16:29

Call Back

2 mins - I will call you back   16:30

**Pat Gray**
5m

*4 Oct 2019*

> 2 mins – I will call you back — 16:30

You called Pat - 4 Oct 2019 16:43
You called Pat - 4 Oct 2019 16:44

Call Again

> Tried to call you back. Call me when you are free — 16:45

You called Pat - 4 Oct 2019 17:48

Call Again

*7 Oct 2019*

> I checked records here, we did not do anything on the former Gambia president Yahya Jammeh. — 10:27

Thanks. No problem  12:23

> Don't have it yet - will have by tomorrow — 16:09

Understood  16:12

> I'm waiting to receive by email – sorry thought I would have it by now – expect





< PG **Pat Gray** @
⏱ 5m
📹 📞

**26 Nov 2019**

Please call when you can  16:20

📞 You called Pat · 26 Nov 2019 17:19

📞 You called Pat · 26 Nov 2019 17:20

Call Again

**27 Nov 2019**

📞 You called Pat · 27 Nov 2019 13:36

📞 Pat called you · 27 Nov 2019 14:46

Call Back

**17 Dec 2019**

Please call me when you are free Patrick.
10:27 ✓

📞 You called Pat · 17 Dec 2019 12:12

📞 You called Pat · 17 Dec 2019 17:18

Call Again

**18 Dec 2019**

📞 You called Pat · 18 Dec 2019 10:51

Call Again

˅

+ [message]   



**Pat Gray**
5m

19 Dec 2019

You called Pat · 19 Dec 2019 09:13
Pat called you · 19 Dec 2019 09:29

Call Back

20 Dec 2019

Did you receive ok? 10:18

Yes – thanks. Will send you invoice detail
14:35

Ok 14:44

13 Jan 2020

Hi Patrick,
A very happy new year to you!
Are you able to send details of where I should send that invoice please?
Does that project need developing further?
Have you anything else I can assist you with?
All the best,
Paul
09:46

20 Jan 2020

Hello Patrick,