# EXHIBIT J

(2021 Email Correspondence)

| | |
|---|---|
| **From:** | Merritt, Mark <MMerritt@robinsonbradshaw.com> |
| **Sent:** | Thursday, November 4, 2021 11:28 AM |
| **To:** | Brandon Neuman |
| **Cc:** | 'tab@rosenfeldlaw.com'; Jeff Kelly; Sarah Strickland; Christine McCaffrey; Kieran Shanahan; Merritt, Mark |
| **Subject:** | RE: Proposed Order 1:21-mc-00006-UA-LPA |

Brandon: These look fine and are good to file. Thanks for drafting.

As we discussed yesterday, we would be happy to discuss any proposal that would allow the production of the documents and the depositions to go forward without the need for briefing. If your clients have particular concerns that we could address, we would be pleased to discuss them.

Best regards, Mark

_____

**Mark W. Merritt**

**Robinson Bradshaw**
t : 704.377.8337 | m : 704.726.8369
101 N. Tryon St., Suite 1900
Charlotte, NC 28246

mmerritt@robinsonbradshaw.com | Bio
robinsonbradshaw.com

This email may contain material that is CONFIDENTIAL, PRIVILEGED and/or ATTORNEY WORK PRODUCT for the sole use of the intended recipient. Any review, reliance, distribution or forwarding by others without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Brandon Neuman <brandon.neuman@nelsonmullins.com>
**Sent:** Thursday, November 4, 2021 10:39 AM
**To:** Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Cc:** 'tab@rosenfeldlaw.com' <tab@rosenfeldlaw.com>; Jeff Kelly <jeff.kelly@nelsonmullins.com>; Sarah Strickland <sarah.strickland@nelsonmullins.com>; Christine McCaffrey <CMcCaffrey@shanahanlawgroup.com>; Kieran Shanahan <kieran.shanahan@nelsonmullins.com>
**Subject:** RE: Proposed Order 1:21-mc-00006-UA-LPA

Hi Mark. Attached please find our proposed joint motion and order. Please let us know if you have any edits/comments.

Best,

Brandon

**BRANDON S. NEUMAN PARTNER**
brandon.neuman@nelsonmullins.com

**GLENLAKE ONE | SUITE 200**

**4140 PARKLAKE AVENUE | RALEIGH, NC 27612**
T 919.329.3878 F 919.329.3799
**NELSONMULLINS.COM** VCARD VIEW BIO

---

**From:** Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Sent:** Thursday, November 4, 2021 9:17 AM
**To:** Brandon Neuman <brandon.neuman@nelsonmullins.com>
**Cc:** 'tab@rosenfeldlaw.com' <tab@rosenfeldlaw.com>; Jeff Kelly <jeff.kelly@nelsonmullins.com>; Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Subject:** RE: Proposed Order 1:21-mc-00006-UA-LPA

That is my understanding. Mark

**From:** Brandon Neuman <brandon.neuman@nelsonmullins.com>
**Sent:** Thursday, November 4, 2021 9:04 AM
**To:** Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Cc:** 'tab@rosenfeldlaw.com' <tab@rosenfeldlaw.com>; Jeff Kelly <jeff.kelly@nelsonmullins.com>
**Subject:** RE: Proposed Order 1:21-mc-00006-UA-LPA

Hi Mark. We are preparing a draft joint motion for your review and will circulate to you this morning. This confirms the agreed briefing schedule as follows:

-Motion to Quash filed by November 30th

-Response to Motion to Quash filed by December 14th

-Reply filed by December 23rd.

One clarification point – based on the above schedule, if you happen to file your opposition brief earlier than the December 14th deadline, our reply deadline (December 23rd) will not be compressed. In other words, our deadline to file the Reply is December 23rd, regardless of the date upon which the response brief is filed. Please confirm that this is your understanding as well.

Best,

Brandon



---

**BRANDON S. NEUMAN** PARTNER
brandon.neuman@nelsonmullins.com
**GLENLAKE ONE | SUITE 200**
**4140 PARKLAKE AVENUE | RALEIGH, NC 27612**
T 919.329.3878 F 919.329.3799
**NELSONMULLINS.COM** VCARD VIEW BIO

---

**From:** Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Sent:** Tuesday, November 2, 2021 4:47 PM
**To:** Brandon Neuman <brandon.neuman@nelsonmullins.com>
**Cc:** Merritt, Mark <MMerritt@robinsonbradshaw.com>; 'tab@rosenfeldlaw.com' <tab@rosenfeldlaw.com>
**Subject:** RE: Proposed Order 1:21-mc-00006-UA-LPA

Brandon: You have requested an extension of time in which to move to quash the two subpoenas until November 30. On behalf of my clients, we are willing to consent to that extension of time provided that Mr. Del Rosso and Vital Management will not seek any extension of time in which to file their reply brief in response to our opposition to the motion to quash. Under the Middle District Rules with respect to discovery motions, my clients will have 14 days to respond to the motion to quash, and reply briefs are due seven days thereafter. Given the pending trial date in April 2022 in the United Kingdom, we believe that this proposed schedule is a fair way in which to address your request for an extension and our need to resolve the motion to quash in a timely manner.

Please do not hesitate to call me if you would like to discuss. We should decide if we want to memorialize the extension and the briefing schedule in a joint motion to the court for an extension of time.

Best regards, Mark

_____

**Mark W. Merritt**

**Robinson Bradshaw**
t : 704.377.8337 | m : 704.726.8369
101 N. Tryon St., Suite 1900
Charlotte, NC 28246

mmerritt@robinsonbradshaw.com | Bio
robinsonbradshaw.com

This email may contain material that is CONFIDENTIAL, PRIVILEGED and/or ATTORNEY WORK PRODUCT for the sole use of the intended recipient. Any review, reliance, distribution or forwarding by others without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Brandon Neuman <brandon.neuman@nelsonmullins.com>
**Sent:** Tuesday, November 2, 2021 4:33 PM
**To:** Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Subject:** RE: Proposed Order 1:21-mc-00006-UA-LPA

Mark:

As I indicated during our call on Friday of last week, for the avoidance of doubt, Mr. del Rosso and Vital Management object to the discovery sought in the Subpoenas and intend to file a motion to quash both Subpoenas.

Best,

Brandon



**BRANDON S. NEUMAN** PARTNER
brandon.neuman@nelsonmullins.com

GLENLAKE ONE | SUITE 200
4140 PARKLAKE AVENUE | RALEIGH, NC 27612
T 919.329.3878 F 919.329.3799
NELSONMULLINS.COM VCARD VIEW BIO

**From:** Brandon Neuman
**Sent:** Tuesday, November 2, 2021 3:31 PM
**To:** Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Subject:** RE: Proposed Order 1:21-mc-00006-UA-LPA

Mark:

Sorry to bother again, but checking in on the status.

Thanks



BRANDON S. NEUMAN PARTNER
brandon.neuman@nelsonmullins.com
GLENLAKE ONE | SUITE 200
4140 PARKLAKE AVENUE | RALEIGH, NC 27612
T 919.329.3878 F 919.329.3799
NELSONMULLINS.COM VCARD VIEW BIO

**From:** Brandon Neuman
**Sent:** Tuesday, November 2, 2021 10:16 AM
**To:** Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Subject:** RE: Proposed Order 1:21-mc-00006-UA-LPA

Hi Mark. Following up on this. Thanks.



BRANDON S. NEUMAN PARTNER
brandon.neuman@nelsonmullins.com
GLENLAKE ONE | SUITE 200
4140 PARKLAKE AVENUE | RALEIGH, NC 27612
T 919.329.3878 F 919.329.3799
NELSONMULLINS.COM VCARD VIEW BIO

**From:** Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Sent:** Monday, November 1, 2021 2:56 PM
**To:** Brandon Neuman <brandon.neuman@nelsonmullins.com>
**Subject:** RE: Proposed Order 1:21-mc-00006-UA-LPA

Will do.

**From:** Brandon Neuman <brandon.neuman@nelsonmullins.com>
**Sent:** Monday, November 1, 2021 2:56 PM
**To:** Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Cc:** Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Subject:** Re: Proposed Order 1:21-mc-00006-UA-LPA

Great. Can you please call my cell? 919-749-4444?


**BRANDON S. NEUMAN - PARTNER**
Nelson Mullins
brandon.neuman@nelsonmullins.com

**GLENLAKE ONE | SUITE 200**
**4140 PARKLAKE AVENUE | RALEIGH, NC 27612**
T **919.329.3878** F **919.329.3799**

---

**From:** Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Sent:** Friday, October 29, 2021 1:43:50 PM
**To:** Brandon Neuman <brandon.neuman@nelsonmullins.com>
**Cc:** Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Subject:** RE: Proposed Order 1:21-mc-00006-UA-LPA

Brandon: I am open Monday morning until noon but my afternoon is pretty booked up. I could be available in the afternoon from 3:00-3:30.

Regards, Mark

_____

**Mark W. Merritt**

**Robinson Bradshaw**
t : 704.377.8337 | m : 704.726.8369
101 N. Tryon St., Suite 1900
Charlotte, NC 28246

mmerritt@robinsonbradshaw.com | **Bio**
robinsonbradshaw.com

This email may contain material that is CONFIDENTIAL, PRIVILEGED and/or ATTORNEY WORK PRODUCT for the sole use of the intended recipient. Any review, reliance, distribution or forwarding by others without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Brandon Neuman <brandon.neuman@nelsonmullins.com>
**Sent:** Tuesday, October 19, 2021 5:01 PM
**To:** Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Cc:** 'Tab Rosenfeld' <tab@rosenfeldlaw.com>; Haupt, Sherrill <SHaupt@robinsonbradshaw.com>; Merritt, Mark

<MMerritt@robinsonbradshaw.com>
**Subject:** Re: Proposed Order 1:21-mc-00006-UA-LPA

Thank you.

**BRANDON S. NEUMAN - PARTNER**
Nelson Mullins

brandon.neuman@nelsonmullins.com

**GLENLAKE ONE | SUITE 200**

**4140 PARKLAKE AVENUE | RALEIGH, NC 27612**

T 919.329.3878  F 919.329.3799

---

**From:** Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Sent:** Tuesday, October 19, 2021 4:59:28 PM
**To:** Brandon Neuman <brandon.neuman@nelsonmullins.com>
**Cc:** 'Tab Rosenfeld' <tab@rosenfeldlaw.com>; Haupt, Sherrill <SHaupt@robinsonbradshaw.com>; Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Subject:** RE: Proposed Order 1:21-mc-00006-UA-LPA

Thanks Brandon. You saved me a call to you. I will serve the subpoenas on you. We will send them out in the next day or two.

Regards, Mark

_____
**Mark W. Merritt**

**Robinson Bradshaw**
t : 704.377.8337 | m : 704.726.8369
101 N. Tryon St., Suite 1900
Charlotte, NC 28246

mmerritt@robinsonbradshaw.com | Bio
robinsonbradshaw.com

This email may contain material that is CONFIDENTIAL, PRIVILEGED and/or ATTORNEY WORK PRODUCT for the sole use of the intended recipient. Any review, reliance, distribution or forwarding by others without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Brandon Neuman <brandon.neuman@nelsonmullins.com>
**Sent:** Tuesday, October 19, 2021 4:48 PM
**To:** Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Cc:** Merritt, Mark <MMerritt@robinsonbradshaw.com>; 'Tab Rosenfeld' <tab@rosenfeldlaw.com>; Haupt, Sherrill <SHaupt@robinsonbradshaw.com>
**Subject:** Re: Proposed Order 1:21-mc-00006-UA-LPA

Mark:

I hope this finds you well. I am following up from our previous correspondence in this matter, specifically that we still have authority to accept service of any related subpoenas on behalf of Mr. del Rosso and Vital Management. Based on that, we request that you direct services of the same to me as counsel, and not directly to Mr. del Rosso or Vital Management.

Best,

Brandon

**BRANDON S. NEUMAN - PARTNER**
Nelson Mullins

brandon.neuman@nelsonmullins.com

**GLENLAKE ONE | SUITE 200**

**4140 PARKLAKE AVENUE | RALEIGH, NC 27612**

T 919.329.3878 F 919.329.3799

---

**From:** Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Sent:** Monday, March 1, 2021 11:49:03 AM
**To:** Brandon Neuman <brandon.neuman@nelsonmullins.com>
**Cc:** Merritt, Mark <MMerritt@robinsonbradshaw.com>; 'Tab Rosenfeld' <tab@rosenfeldlaw.com>; Haupt, Sherrill <SHaupt@robinsonbradshaw.com>
**Subject:** FW: Proposed Order 1:21-mc-00006-UA-LPA

◄**External Email**► - From: mmerritt@robinsonbradshaw.com

Brandon: The Application has been assigned to Magistrate Judge Auld. We submitted the proposed order to him today in accordance with the local rules as shown in the email below.

If you need to reach me, please call me on my mobile number, which is below.

Best regards, Mark

_____

**Mark W. Merritt**
Robinson Bradshaw

t : 704.377.8337 | m : 704.726.8369 | f : 704.373.3937
101 N. Tryon St., Suite 1900
Charlotte, NC 28246

mmerritt@robinsonbradshaw.com | Bio
robinsonbradshaw.com

This email may contain material that is CONFIDENTIAL, PRIVILEGED and/or ATTORNEY WORK PRODUCT for the sole use of the intended recipient. Any review, reliance, distribution or forwarding by others without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Haupt, Sherrill <SHaupt@robinsonbradshaw.com>
**Sent:** Monday, March 1, 2021 10:29 AM
**To:** 'JAuld@ncmd.uscourts.gov' <JAuld@ncmd.uscourts.gov>
**Cc:** Merritt, Mark <MMerritt@robinsonbradshaw.com>
**Subject:** Proposed Order 1:21-mc-00006-UA-LPA

Magistrate Judge Auld,

Attached is a proposed Order in Word format for your consideration with regard to the filed Application for an Order Under 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings (ECF 1).

_____

**Sherrill B. Haupt**
Legal Practice Assistant
Robinson Bradshaw

t : 704.350.7123 | f : 704.378.4000
101 N. Tryon St., Suite 1900
Charlotte, NC 28246

shaupt@robinsonbradshaw.com
robinsonbradshaw.com

This email may contain material that is CONFIDENTIAL, PRIVILEGED and/or ATTORNEY WORK PRODUCT for the sole use of the intended recipient. Any review, reliance, distribution or forwarding by others without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**Confidentiality Notice**

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.