IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:21-mc-00006-UA-LPA

| | |
|---|---|
| *In re* Application of KARAM SALAH AL DIN AWNI AL SADEQ and STOKOE PARTNERSHIP SOLICITORS for an Order under 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings | **JOINT MOTION FOR PROTECTIVE ORDER** |

      Pursuant to Federal Rules of Civil Procedure 26(c) and 29, the Parties jointly request that the Court enter the proposed Consent Protective Order attached hereto as Exhibit A. The Parties believe that the entry of the proposed Consent Protective Order is necessary to ensure that confidential and proprietary information produced in discovery is not publicly disclosed. The proposed Consent Protective Order balances the public's right to access court records with the Parties' need to protect against the public disclosure of confidential information, which, if released, could cause them harm.

      Accordingly, the Parties hereby move the Court to enter the attached Consent Protective Order, which will govern the production, exchange, and use of discovery materials and other information in this case.

Respectfully submitted this 8th day of February, 2024.

/s/ Mark W. Merritt
Mark W. Merritt
N.C. Bar No. 12198
mmerritt@robinsonbradshaw.com

Travis S. Hinman
N.C. Bar. No. 50779
thinman@robinsonbradshaw.com

**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246-1900
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorneys for Applicants*

/s/ Brandon S. Neuman
Brandon S. Neuman
N.C. Bar No. 33590
brandon.neuman@nelsonmullins.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough St., Suite 1400
Raleigh, North Carolina 27603
Telephone: (919) 329-3878
Facsimile: (919) 329-3799

*Attorney for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2024, the foregoing was electronically filed using the Court's CM/ECF system, which will electronically notify the following counsel of record:

| | |
|---|---|
| Mark W. Merritt<br>N.C. Bar No. 12198<br>mmerritt@robinsonbradshaw.com | Brandon S. Neuman<br>N.C. Bar No. 33590<br>brandon.neuman@nelsonmullins.com |
| Travis S. Hinman<br>N.C. Bar. No. 50779<br>thinman@robinsonbradshaw.com | Jeffrey M. Kelly<br>N.C. Bar No. 47269<br>jeff.kelly@nelsonmullins.com |
| **ROBINSON, BRADSHAW & HINSON, P.A.**<br>101 North Tryon Street, Suite 1900<br>Charlotte, North Carolina 28246-1900<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br><br>*Attorneys for Applicants* | Nathaniel J. Pencook<br>N.C. Bar No. 52339<br>nate.pencook@nelsonmullins.com<br><br>**NELSON MULLINS RILEY & SCARBOROUGH LLP**<br>301 Hillsborough St., Suite 1400<br>Raleigh, North Carolina 27603<br>Telephone: (919) 329-3878<br>Facsimile: (919) 329-3799<br><br>*Attorneys for Respondents* |

/s/ Mark W. Merritt
Mark W. Merritt